**PlnDue, DsclsDue, NTCAPR, TRANSOUT**

# U.S. Bankruptcy Court
# Northern District of West Virginia (Wheeling)
# Bankruptcy Petition #: 5:26−bk−00512

*Assigned to:* David L Bissett
Chapter 11
Voluntary
Asset
Claims Register

*Date filed:* 07/26/2026
*341 meeting:* 08/31/2026
*Deadline for filing claims:* 10/05/2026
*Deadline for filing claims (govt.):* 01/22/2027
*Deadline for objecting to discharge:* 10/30/2026

***Debtor***
**Storj Labs Inc.**
1870 The Exchange SE
Ste 220 PMB 75268
Atlanta, GA 30339−2171
FULTON−GA
Tax ID / EIN: 47−3146506

represented by **Christopher R. Arthur**
Spilman Thomas & Battle
300 Kanawha Blvd E
Charleston, WV 25301
304−531−9520
Email: carthur@spilmanlaw.com

**Bruce Michael Jacobs**
300 Kanawha Boulevard East
Charleston, WV 25321
304−340−3863
Fax : 304−340−3801
Email: bjacobs@spilmanlaw.com

***U.S. Trustee***
**United States Trustee**
2025 United States Courthouse
300 Virginia Street East
Charleston, WV 25301
304−347−3400

represented by **Shari Lynne Collias**
DOJ−Ust
300 Virginia Street East
Ste. 2025
Charleston, WV 25301
304−347−3417
Fax : 304−347−3402
Email: shari.collias@usdoj.gov

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 07/26/2026 | | 1 | Chapter 11 Voluntary Petition Non−Individual. Fee Amount $1738. Filed by Storj Labs Inc.. (Arthur, Christopher) (Entered: 07/26/2026) |
| 07/26/2026 | | | **Receipt of Voluntary Petition (Chapter 11)( 5:26−bk−00512) [misc,volp11] (1738.00) filing fee. Receipt number A3152759, amount . (re:Doc#1)** (U.S. Treasury) (Entered: 07/26/2026) |
| 07/27/2026 | | 2 | Deficiency Notice RE: (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Storj Labs Inc.) (trs) (Entered: 07/27/2026) |
| 07/27/2026 | | 3 | Operating Order . Initial Operating Report Due By 8/10/2026. (trs) 7/27/2026 (Entered: 07/27/2026) |
| 07/27/2026 | | | Exclusivity Period Deadline Set (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Storj Labs Inc.) Exclusivity Period due by |

| | | | |
|---|---|---|---|
| | | | 11/24/2026. (trs) (Entered: 07/27/2026) |
| 07/27/2026 | | 4 | Notice *of Appearance* Filed by Shari Lynne Collias on behalf of United States Trustee. (Collias, Shari) (Entered: 07/27/2026) |
| 07/27/2026 | | 5 | Order To Set Chapter 11 Scheduling Conference. . Chapter 11 Scheduling Conference scheduled for 8/4/2026 at 01:00 PM by Telephonic Conference w/ Judge Bissett. (trs) 7/27/2026 (Entered: 07/27/2026) |
| 07/29/2026 | | 6 | BNC Certificate of Service. (related document(s)5 Order To Set Chapter 11 Scheduling Conference) Notice Date 07/29/2026. (Admin.) (Entered: 07/30/2026) |
| 07/29/2026 | | 7 | BNC Certificate of Service. (related document(s)2 Deficiency Notice) Notice Date 07/29/2026. (Admin.) (Entered: 07/30/2026) |
| 07/29/2026 | | 8 | BNC Certificate of Service. (related document(s)3 Operating Order) Notice Date 07/29/2026. (Admin.) (Entered: 07/30/2026) |
| 08/02/2026 | | 9 | Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 10 | Proposed Order *to extend deadline to file schedules* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)9 Motion to Extend/Shorten Time filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 11 | Application to Retain and Employ Chirs Arthur and the Law Firm of Spilman Thomas & Battle PLLC, 300 Kanawha Blvd E, Charleston, WV 25301 as Counsel Nunc Pro Tunc to the Petition Date with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Declaration of Ali # 2 Exhibit Declaration of Arthur) (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 12 | Motion for Entry of Order (I) Authorizing Use of Prepetition Bank Accounts, and (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 13 | Proposed Order *Cash Management* Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 14 | Motion to Authorize Post−Petition Financing and Use of Cash Collateral and Schedule Final Hearing with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Declaration # 2 Exhibit Agreement # 3 Exhibit Budget) (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 15 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 16 | Motion for Entry of an Order (I) Setting and Expedite Hearing on "First Day Pleadings" and (II) Granting Related Relief with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. |

| | | | |
|---|---|---|---|
| | | | (Related Doc 9 Motion to Extend Time filed by Christopher R. Arthur on behalf of Storj Labs Inc., 11 Application to Employ filed by Debtor Storj Labs Inc., 12 Motion for Cash Management filed by Debtor Storj Labs Inc., 14 Motion to Obtain Post−Petition Credit or Incur Post−Petition Debt filed by Debtor Storj Labs Inc.) (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/02/2026 | | 17 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/02/2026) |
| 08/03/2026 | | 18 | Order Granting Motion for Entry of an Order (I) Setting an Expedite Hearing on "First Day Pleadings" and (II) Granting Related Relief (Related Doc # 9 Motion to Extend/Shorten Time filed by Debtor Storj Labs Inc., 11 Application to Employ filed by Debtor Storj Labs Inc., 12 Motion for Cash Management filed by Debtor Storj Labs Inc., 14 Motion to Obtain Post−Petition Credit or Incur Post−Petition Debt filed by Debtor Storj Labs Inc., # 16 Motion to Expedite Hearing filed by Debtor Storj Labs Inc.) Telephonic Hearing Scheduled for 8/4/2026 at 01:00 PM by Telephonic Conference w/ Judge Bissett. (Recchio, Amanda) 8/3/2026. (Entered: 08/03/2026) |
| 08/03/2026 | | 19 | Objection *to Debtor's Motion for Entry of Order (I) Authorizing Use of Prepetition Bank Accounts and (II) Waiving the Requirements of Section 345(b) of the Bankruptcy Code* with Certificate of Service. Filed by Shari Lynne Collias on behalf of United States Trustee (related document(s)12 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Collias, Shari) (Entered: 08/03/2026) |
| 08/04/2026 | | 20 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)11 Application to Employ filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/04/2026) |
| 08/04/2026 | | 21 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)14 Motion to Obtain Post−Petition Credit or Incur Post−Petition Debt filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/04/2026) |
| 08/04/2026 | | 22 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)12 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/04/2026) |
| 08/05/2026 | | 23 | Order Granting Motion to Extend Time (Related Doc # 9). Schedule A/B due 8/24/2026. Schedule D due 8/24/2026. Schedule E/F due 8/24/2026. Schedule G due 8/24/2026. Schedule H due 8/24/2026. Atty Disclosure Statement due 8/24/2026. Statement of Financial Affairs due 8/24/2026. Summary of Assets and Liabilities due 8/24/2026. Corporate Resolution due by 8/24/2026. List of Equity Security Holders due 8/24/2026. (Recchio, Amanda) 8/5/2026. (Entered: 08/05/2026) |
| 08/05/2026 | | 24 | PDF with attached Audio File. Court Date & Time [08/04/2026 10:00:00 PM]. File Size [ 22509 KB ]. Run Time [ 00:47:30 ]. (courtspeak). (Entered: 08/05/2026) |
| 08/05/2026 | | 25 | Order Granting Application to Retain and Employ Spilman Thomas & Battle, PLLC as Counsel for the Debtor Nunc Pro Tunc to the Petition Date on an Interim Basis with Objections to the Motion due 08/21/2026 at 4:00 P.M. and Setting Final Hearing on Matter (Related Document(s)11). Final Hearing Scheduled for 8/25/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. (Recchio, Amanda) 8/5/2026 (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/05/2026) |
| 08/05/2026 | | 26 | Interim Order Authorizing Post−Petition Financing, Use of Cash Collateral, and Scheduling Final Hearing (Related Doc # 14). Objections due 08/21/2026 at 4:00 PM. Final Hearing Scheduled for 8/25/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. (Recchio, Amanda) 8/5/2026 (Entered: 08/05/2026) |
| 08/05/2026 | | 27 | BNC Certificate of Service. (related document(s)18 Order on Motion to Expedite Hearing) Notice Date 08/05/2026. (Admin.) (Entered: 08/06/2026) |
| 08/06/2026 | | 28 | Notice of Chapter 11 Bankruptcy Case and Meeting of Creditors. 341(a) meeting to be held on 8/31/2026 at 01:00 PM by Zoom with US Trustee: Meeting ID 165 6949 6480, Passcode 1523832042, Phone 1−646−828−7666. Objection to Dischargeability of Certain Debts Due 10/30/2026. Proof of Claims due by 10/5/2026. Government Proof of Claim due by 1/22/2027. (Recchio, Amanda) (Entered: 08/06/2026) |
| 08/07/2026 | | 29 | BNC Certificate of Service. (related document(s)23 Order on Motion to Extend Time) Notice Date 08/07/2026. (Admin.) (Entered: 08/08/2026) |
| 08/07/2026 | | 30 | BNC Certificate of Service. (related document(s)25 Order To Set Hearing) Notice Date 08/07/2026. (Admin.) (Entered: 08/08/2026) |
| 08/07/2026 | | 31 | BNC Certificate of Service. (related document(s)26 Order To Set Hearing) Notice Date 08/07/2026. (Admin.) (Entered: 08/08/2026) |
| 08/08/2026 | | 32 | BNC Certificate of Service. (related document(s)28 Meeting of Creditors Chapter 11 & 12) Notice Date 08/08/2026. (Admin.) (Entered: 08/09/2026) |
| 08/11/2026 | | 33 | Order Re: Failure to File Initial Operating Report With Debtor Having 5 Days From The Date of This Order To Show Cause Why The Court Should Not Dismiss This Case. (Entered: 08/11/2026) |
| 08/13/2026 | | 34 | Order Authorizing Use of Prepetition Bank Account Filed by Christopher R. Arthur on behalf of Storj Labs Inc (Related Doc # 12). (Recchio, Amanda) 8/13/2026. (Entered: 08/13/2026) |
| 08/13/2026 | | 35 | BNC Certificate of Service. (related document(s)33 Order Show Cause For Failure to File Initial Operating Report) Notice Date 08/13/2026. (Admin.) (Entered: 08/14/2026) |
| 08/14/2026 | | 36 | Chapter 11 Initial Operating Report *for July 27 through July 31* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)3 Operating Order). (Attachments: # 1 Exhibit Payables # 2 Exhibit Receivables # 3 Exhibit Bank Account # 4 Exhibit Bank Account # 5 Exhibit Bank reconciliation # 6 Exhibit Bank Reconciiation) (Arthur, Christopher) (Entered: 08/14/2026) |
| 08/15/2026 | | 37 | BNC Certificate of Service. (related document(s)34 Order on Motion for Miscellaneous Relief) Notice Date 08/15/2026. (Admin.) (Entered: 08/16/2026) |
| 08/17/2026 | | 38 | (private) Correspondence to the Court from Unknown Filer (Viewing Access Restricted). (Recchio, Amanda) (Recchio, Amanda). ACCESS TO THE DOCUMENT HAS BEEN SEALED PURSUANT TO ORDER |

| | | | |
|---|---|---|---|
| | | | GRANTING MOTION TO STRIKE 57. (Recchio, Amanda). (Entered: 08/17/2026) |
| 08/17/2026 | | 39 | Chapter 11 Initial Operating Report *period of 7/27/26 to 8/15/26* Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/17/2026) |
| 08/17/2026 | | 40 | Corrected Order Authorizing Use of Prepetition Bank Account Filed by Christopher R. Arthur on behalf of Storj Labs Inc (Related Doc 12, 34). Objections due 08/21/2026 at 4:00 PM. Final Hearing Scheduled for 8/25/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. (Recchio, Amanda) 8/17/2026 (Entered: 08/17/2026) |
| 08/17/2026 | | 41 | Hearing Scheduled Re: Motion to Use Prepetition Bank Accounts (Related Doc # 12). Hearing Scheduled for 8/25/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. NO IMAGE ATTACHED. (Recchio, Amanda) (Entered: 08/17/2026) |
| 08/18/2026 | | 42 | Application to Employ Robert Nistendirk and Accounting Firm of Woomer Nistendirk Associates, PLLC, 213 Capitol Street Ste 400, Charleston, V 25301 as Financial Consultant with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Declaration of Dr Ali # 2 Exhibit Declaration of Nistendirk CPA # 3 Exhibit Engagement Letter) (Arthur, Christopher) (Entered: 08/18/2026) |
| 08/18/2026 | | 43 | Proposed Order *to employ Robert Nistendirk CPA* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)42 Application to Employ filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/18/2026) |
| 08/18/2026 | | 44 | Notice (Related Doc # 42 Application to Employ filed by Debtor Storj Labs Inc.) Objections due by 9/1/2026. (Recchio, Amanda) (Entered: 08/18/2026) |
| 08/18/2026 | | 45 | Emergency Motion to Strike in its Entirety Docket Number 38 as Containing Confidential, Trade Secrets, Propriety Information Subject to Nondisclosure Agreements, or in the Alternative, Enter an Order Sealing the Filing to Protect the Confidentiality, Trade Secrets, and Proprietary Information of the DIP Lender Inveniam Capital Partners Inc. with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc (Related Doc # 38). (Attachments: # 1 Exhibit Declaration) (Arthur, Christopher) (Entered: 08/18/2026) |
| 08/18/2026 | | 46 | Motion for Entry of an Order (I) Setting an Expedited Hearing on Debtor's Emergency Motion to Strike In Its Entirety Docket Number 38, and (II) Granting Related Relief with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 08/18/2026) |
| 08/19/2026 | | 47 | Proposed Order *granting motion to strike from record docket no 38* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)45 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/19/2026) |
| 08/19/2026 | | 48 | Notice of Appearance and Request for Notice by Spencer D. Elliott with Certificate of Service Filed by Spencer D. Elliott on behalf of Inveniam Capital Partners Inc.. (Elliott, Spencer) (Entered: 08/19/2026) |

| | | | |
|---|---|---|---|
| 08/19/2026 | | 49 | Response *(Joinder)* with Certificate of Service Filed by Spencer D. Elliott on behalf of Inveniam Capital Partners Inc. (related document(s)45 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Attachments: # 1 Exhibit Declaration) (Elliott, Spencer) (Entered: 08/19/2026) |
| 08/19/2026 | | 50 | Proposed Order *granting motion to strike docket 38* Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/19/2026) |
| 08/19/2026 | | 51 | BNC Certificate of Service. (related document(s)40 Amended Order Re:) Notice Date 08/19/2026. (Admin.) (Entered: 08/20/2026) |
| 08/20/2026 | | 52 | Motion *of Acting United States Trustee to Appear by Telephone at August 25, 2026 1:30 p.m. Final Hearing on Debtor's Motions to Obtain Post−Petition Financing, Use Cash Collateral and Use Pre−Petition Bank Account with Western Alliance Bank* with Certificate of Service Filed by Shari Lynne Collias on behalf of United States Trustee (Attachments: # 1 Proposed Order) (Collias, Shari) (Entered: 08/20/2026) |
| 08/20/2026 | | 53 | Motion *to appear by phone Dr Ali as potential witness* with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 08/20/2026) |
| 08/20/2026 | | 54 | DUPLICATE FILING Proposed Order *Allowing Dr Ali to Appear via Phone* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)53 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/20/2026) |
| 08/20/2026 | | 55 | Proposed Order *Granting motion to appear by phone Dr Ali* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)53 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/20/2026) |
| 08/20/2026 | | 56 | BNC Certificate of Service. (related document(s)44 Generic Notice) Notice Date 08/20/2026. (Admin.) (Entered: 08/21/2026) |
| 08/21/2026 | | 57 | Order Granting Emergency Motion to Strike in its Entirety Docket Number 38 as Containing Confidential, Propriety Information Subject to Nondisclosure Agreement (Related Doc 45, 38). (Recchio, Amanda) 8/21/2026. (Entered: 08/21/2026) |
| 08/21/2026 | | 58 | Objection *and Reservation of Rights of Michael Ward and Robert Lamb to Debtor's Motion to Authorize Post−Petition Financing and use of Cash Collateral*. Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (related document(s)14 Motion to Obtain Post−Petition Credit or Incur Post−Petition Debt filed by Debtor Storj Labs Inc.). (Attachments: # 1 Proposed Order) (McCartney, Lauren) (Entered: 08/21/2026) |
| 08/23/2026 | | 60 | BNC Certificate of Service. (related document(s)57 Order on Motion for Miscellaneous Relief) Notice Date 08/23/2026. (Admin.) (Entered: 08/24/2026) |
| 08/24/2026 | | 61 | **Summary of Schedules: Assets and Liabilities for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 62 | |

| | | | |
|---|---|---|---|
| | | | **Schedule A/B: Property for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 63 | **Schedule D: Non−Individual− Creditors Having Claims Secured by Property** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 64 | **Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) Modified on 08/25/2026; MISSING PAGE 1 OF SCHEDULE E/F; DOCUMENT REFILED BY ATTORNEY; SEE DOC 80 (Recchio, Amanda). (Entered: 08/24/2026) |
| 08/24/2026 | | 65 | **Schedule G** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 66 | **Schedule H: Non−Individual− Codebtors** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 67 | **Statement of Financial Affairs for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 68 | Equity Security Holders Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)23 Order on Motion to Extend Time). (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 69 | Motion to Dismiss Case *PURSUANT TO 11 U.S.C. 1112(B)(1) OR, IN THE ALTERNATIVE, CHANGE VENUE* Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (Attachments: # 1 Proposed Order) (McCartney, Lauren) (Entered: 08/24/2026) |
| 08/24/2026 | | 70 | Disclosure of Compensation of Attorney for Debtor Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)23 Order on Motion to Extend Time). (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | 71 | Statement of Corporate Ownership filed. Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/24/2026) |
| 08/24/2026 | | | **Receipt of Schedule E/F− Creditors Who Have Unsecured Claims( 5:26−bk−00512) [misc,schef] ( 34.00) filing fee. Receipt number A3163417, amount . (re:Doc#64)** (U.S. Treasury) (Entered: 08/24/2026) |
| 08/24/2026 | | 72 | Motion to Continue Hearing on Final Post−Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post−Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Objection Thereto with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher). Related document(s) 14 58 (Entered: 08/24/2026) |
| 08/25/2026 | | 74 | Application to Employ Heather Trowbridge 18844 Hampstead Heath Ct, Land O Lakes, Florida 34638 as Accountant with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Attachments: # 1 Exhibit Ex A Declaration # 2 Exhibit Master Agreement # 3 Exhibit Declaration Trowbridge) (Arthur, Christopher) (Entered: 08/25/2026) |

| | | | |
|---|---|---|---|
| 08/25/2026 | | 75 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)74 Application to Employ filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 76 | Proposed Order *Employ Spilman Thomas Battle and Chris Arthur* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)11 Application to Employ filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 77 | Proposed Order *Cash Management* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)12 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 78 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)72 Motion to Continue/Reschedule Hearing filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 79 | Amended document(s) *Correction to proposed Cash Management Order* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)77 Proposed Order filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 80 | **Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | 81 | Amended document(s) *Disclosure of Compensation of Attorney for Debtor* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)70 Disclosure of Compensation of Attorney for Debtor filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/25/2026) |
| 08/25/2026 | | | **Receipt of Schedule E/F− Creditors Who Have Unsecured Claims( 5:26−bk−00512) [misc,schef] ( 34.00) filing fee. Receipt number A3163805, amount . (re:Doc#80)** (U.S. Treasury) (Entered: 08/25/2026) |
| 08/25/2026 | | 82 | Order Amending Schedule RE: **Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. filed by Debtor Storj Labs Inc. (related document(s)80). (trs) 8/25/2026 (Entered: 08/25/2026) |
| 08/25/2026 | | 83 | Order Authorizing Use of Prepetition Bank Account with WesternAlliance Bank (Related Doc # 12) (trs) 8/25/2026. (Entered: 08/25/2026) |
| 08/25/2026 | | 84 | Order Granting Application to Retain and Employ Spilman Thomas &Battle, PLLC as Counsel for the Debtor and Debtor−in−Possession Effective as of July 26, 2026 (Related Doc # 11) (trs) 8/25/2026. (Entered: 08/25/2026) |
| 08/25/2026 | | 85 | Order Granting 72 Motion to Continue Hearing On Final Post−Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post−Petition Financing, to Use Cash Collateral, and to ContinueFinal Hearing and Objection Thereto (related document(s)14, 72, 58). Hearing scheduled for 9/3/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom (trs) 8/25/2026 (Entered: 08/25/2026) |
| 08/26/2026 | | 86 | Notice (related document(s)74 Application to Employ filed by Debtor Storj Labs Inc.) Objections due by 9/9/2026. (trs) (Entered: 08/26/2026) |

| | | | |
|---|---|---|---|
| 08/26/2026 | | 87 | Notice of Appearance and Request for Notice by Kevin P Allen with Certificate of Service Filed by on behalf of VIVINT LLC. (Allen, Kevin) (Entered: 08/26/2026) |
| 08/26/2026 | | 88 | Amended Order Granting 72 Motion to Continue Hearing On Final Post−Petition Financing, Use of Cash Collateral, to Enter Second Interim Order Authorizing Post−Petition Financing, to Use Cash Collateral, and to Continue Final Hearing and Objection Thereto (Related Doc # 14, 72, 58, 69, 85). Hearing Scheduled for 9/3/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. Written Response to Motion to Dismiss or Change Venue (Related Doc # 69) due 09/01/2026. Any Party that expects to present evidence at the 09/3/2026 hearing must file a list of witnesses and/or exhibits by 09/1/2026. (Recchio, Amanda) 8/26/2026 (Entered: 08/26/2026) |
| 08/26/2026 | | 89 | Motion to Appear pro hac vice *of Beverly Weiss Manne, Esquire* Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (Attachments: # 1 Exhibit A − List of WV Matters # 2 Proposed Order) (McCartney, Lauren) (Entered: 08/26/2026) |
| 08/26/2026 | | 90 | Motion to Appear pro hac vice *of Maribeth Thomas, Esquire* Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (Attachments: # 1 Exhibit A − List of WV Matters # 2 Proposed Order) (McCartney, Lauren) (Entered: 08/26/2026) |
| 08/26/2026 | | 91 | Motion to Appear pro hac vice *of Judith K. Fitzgerald, Esquire* Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (Attachments: # 1 Exhibit A − List of WV Matters # 2 Proposed Order) (McCartney, Lauren) (Entered: 08/26/2026) |
| 08/26/2026 | | 92 | Motion to Appear pro hac vice *of George A. R. Balchunas, Esquire* Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (Attachments: # 1 Exhibit A − List of WV Matters # 2 Proposed Order) (McCartney, Lauren) (Entered: 08/26/2026) |
| 08/26/2026 | | 93 | Motion *Of Acting United States Trustee to Appear By Telephone* with Certificate of Service Filed by Shari Lynne Collias on behalf of United States Trustee (Attachments: # 1 Proposed Order) (Collias, Shari) (Entered: 08/26/2026) |
| 08/27/2026 | | 94 | Order Granting Motion To Appear pro hac vice for Beverly Weiss Manne (Related Doc 89) (trs) 8/27/2026. (Entered: 08/27/2026) |
| 08/27/2026 | | 95 | Order Granting Motion To Appear pro hac vice for Maribeth Thomas (Related Doc 90) (trs) 8/27/2026. (Entered: 08/27/2026) |
| 08/27/2026 | | 96 | Order Granting Motion To Appear pro hac vice for Judith K. Fitzgerald (Related Doc # 91) (trs) 8/27/2026. (Entered: 08/27/2026) |
| 08/27/2026 | | 97 | Order Granting Motion To Appear pro hac vice for George A. R. Balchunas (Related Doc # 92) (trs) 8/27/2026. (Entered: 08/27/2026) |
| 08/27/2026 | | 98 | BNC Certificate of Service. (related document(s)82 Order Amending Schedule) Notice Date 08/27/2026. (Admin.) (Entered: 08/28/2026) |
| 08/27/2026 | | 99 | BNC Certificate of Service. (related document(s)83 Order on Motion for Miscellaneous Relief) Notice Date 08/27/2026. (Admin.) (Entered: 08/28/2026) |

| | | | |
|---|---|---|---|
| 08/27/2026 | | 100 | BNC Certificate of Service. (related document(s)84 Order on Application to Employ) Notice Date 08/27/2026. (Admin.) (Entered: 08/28/2026) |
| 08/27/2026 | | 101 | BNC Certificate of Service. (related document(s)85 Order To Set Hearing) Notice Date 08/27/2026. (Admin.) (Entered: 08/28/2026) |
| 08/28/2026 | | 102 | Amended document(s) *Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)80 Schedule E/F− Creditors Who Have Unsecured Claims filed by Debtor Storj Labs Inc.). (Arthur, Christopher) Modified on 8/31/2026 SPOKE WITH COUNSEL; TO BE REFILED USING AMENDED SCHEDULE FEE. (trs). (Entered: 08/28/2026) |
| 08/28/2026 | | 103 | Corporate Resolution *Approving bk Filing and Dr Ali as Rep* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Storj Labs Inc., 2 Deficiency Notice). (Arthur, Christopher) (Entered: 08/28/2026) |
| 08/28/2026 | | 104 | Amended **Schedule A/B: Property for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/28/2026) |
| 08/28/2026 | | 105 | Amended **Schedule G** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/28/2026) |
| 08/28/2026 | | 106 | BNC Certificate of Service. (related document(s)86 Generic Notice) Notice Date 08/28/2026. (Admin.) (Entered: 08/29/2026) |
| 08/28/2026 | | 107 | BNC Certificate of Service. (related document(s)88 Order To Set Hearing) Notice Date 08/28/2026. (Admin.) (Entered: 08/29/2026) |
| 08/29/2026 | | 108 | BNC Certificate of Service. (related document(s)94 Order on Motion to Appear pro hac vice) Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026) |
| 08/29/2026 | | 109 | BNC Certificate of Service. (related document(s)95 Order on Motion to Appear pro hac vice) Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026) |
| 08/29/2026 | | 110 | BNC Certificate of Service. (related document(s)96 Order on Motion to Appear pro hac vice) Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026) |
| 08/29/2026 | | 111 | BNC Certificate of Service. (related document(s)97 Order on Motion to Appear pro hac vice) Notice Date 08/29/2026. (Admin.) (Entered: 08/30/2026) |
| 08/31/2026 | | | Meeting of Creditors Held. Filed by U.S. Trustee United States Trustee. (Collias, Shari) (Entered: 08/31/2026) |
| 08/31/2026 | | 112 | Notice of Change of Address OLD ADDRESS: 1201 W Peachtree St. NW Ste 2625, Atlanta, GA 30309−2955 ; NEW ADDRESS: 1870 The Exchange SE Ste 220 PMB 75268, Atlanta, GA 30339−2171 Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 08/31/2026) |

| | | | |
|---|---|---|---|
| 08/31/2026 | | 113 | Motion to Continue Hearing On *Final DIP Motion, MTD,and Objection Thereto* with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)85 88 Order To Set Hearing) (Arthur, Christopher). (Entered: 08/31/2026) |
| 08/31/2026 | | 114 | Proposed Order Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)113 Motion to Continue/Reschedule Hearing filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 08/31/2026) |
| 09/02/2026 | | 115 | Order Granting Motion To Continue Hearing On 14 Motion to Authorize Post−Petition Financing and Use of Cash Collateral and 69 Motion to Dismiss Case PURSUANT TO 11 U.S.C. 1112(B)(1) OR, IN THE ALTERNATIVE, CHANGE VENUE (Related Doc # 14 69 113) Hearing scheduled for 9/16/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. List of witnesses and/or exhibits and written response to Motion to Dismiss or Change Venue due 09/08/2026. (trs) 9/2/2026. (Entered: 09/02/2026) |
| 09/02/2026 | | | Document No. 93 − Motion Of Acting United States Trustee to Appear By Telephone with Certificate of Service Filed by Shari Lynne Collias on behalf of United States Trustee is terminated as moot. (trs) (Entered: 09/02/2026) |
| 09/02/2026 | | 117 | Application for Compensation for Christopher R. Arthur, Debtor's Attorney, Period: 7/27/2026 to 7/31/2026, Fees: $21,181.50, Expenses: $358.42, with Certificate of Service Filed by Christopher R. Arthur, Storj Labs Inc. (Attachments: # 1 Exhibit A Invoice Detail # 2 Exhibit B Declaration of Arthur) (Arthur, Christopher) (Entered: 09/02/2026) |
| 09/02/2026 | | 118 | Proposed Order *granting application to pay fees and expenses for July 27−July 31, 2026* Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) Modified on 9/2/2026 TO BE REFILED TO CORRECT LANGUAGE IN ORDER(trs). (Entered: 09/02/2026) |
| 09/02/2026 | | 119 | Notice Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)117 Application for Compensation filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 09/02/2026) |
| 09/02/2026 | | 120 | Order Granting Application to Employ Robert L Nistendirk and Woomer Nistendirk Associates, PLLC as financial consultants Nunc Pro Tunc to the Petition Date (Related Doc # 42) (trs) 9/2/2026. (Entered: 09/02/2026) |
| 09/02/2026 | | 121 | Notice (related document(s)117 Application for Compensation filed by Debtor Storj Labs Inc.) Objections due by 9/25/2026. (trs) (Entered: 09/02/2026) |
| 09/02/2026 | | 122 | Amended document(s) *proposed order correcting date* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)117 Application for Compensation filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 09/02/2026) |
| 09/04/2026 | | 123 | BNC Certificate of Service. (related document(s)121 Generic Notice) Notice Date 09/04/2026. (Admin.) (Entered: 09/05/2026) |
| 09/04/2026 | | 124 | BNC Certificate of Service. (related document(s)115 Order on Motion to Continue/Reschedule Hearing) Notice Date 09/04/2026. (Admin.) (Entered: 09/05/2026) |

| | | | |
|---|---|---|---|
| 09/04/2026 | | 125 | BNC Certificate of Service. (related document(s)120 Order on Application to Employ) Notice Date 09/04/2026. (Admin.) (Entered: 09/05/2026) |
| 09/08/2026 | | 126 | Motion to Dismiss Case *or to Transfer for Lack of Venue* with Certificate of Service Filed by Martin P. Sheehan on behalf of Mark Harvilla (Sheehan, Martin) Modified on 9/8/2026 TERMINATED; TO BE REDOCKETED (trs). (Entered: 09/08/2026) |
| 09/08/2026 | | 127 | Corrective Motion to Dismiss Case *or Transfer Venue* with Certificate of Service Filed by Martin P. Sheehan on behalf of Mark Harvilla (Sheehan, Martin) Modified on 9/8/2026 TERMINATED; TO BE REDOCKETED (trs). (Entered: 09/08/2026) |
| 09/08/2026 | | 128 | Corrective Motion to Dismiss for Lack of Venue, or in the alternative to Transfer Case to Proper Venue such as the Northern District of Georgia Filed by Martin P. Sheehan on behalf of Nikhil Jain , Mark Harvilla (trs) (Entered: 09/08/2026) |
| 09/08/2026 | | 129 | Notice of Change of Address OLD ADDRESS: 1201 W Peachtree St. NW Ste 2625, Atlanta, GA 30309−2955 ; NEW ADDRESS: 1870 The Exchange SE Ste 220 PMB 75268, Atlanta, GA 30339−2171 Filed by Dr. Sayed Shuja Ali on behalf of Storj Labs Inc. . (trs) (Entered: 09/08/2026) |
| 09/08/2026 | | 130 | Motion to Strike Objection and Motion To Dismiss Because Ward and Lamb Lack Standing and Lack Standing and the Courts Lack of Subject matter Jurisdiction with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 09/08/2026) |
| 09/08/2026 | | 131 | Brief/Memorandum *in Support of Motion to Strike and Dismiss for Lack of Subject Matter Jurisdiction* with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher). Related document(s) 130 (Entered: 09/08/2026) |
| 09/08/2026 | | 132 | Proposed Order *Granting Motion to Dismiss* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)130 Motion to Dismiss Party filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 09/08/2026) |
| 09/08/2026 | | 133 | Notice *of Witness(es) and Exhibits* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)14 Motion to Obtain Post−Petition Credit or Incur Post−Petition Debt filed by Debtor Storj Labs Inc., 69 Motion to Dismiss Case filed by Interested Party Michael Ward, Interested Party Robert Lamb, 130 Motion to Dismiss Party filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 09/08/2026) |
| 09/08/2026 | | 134 | List of Witnesses and Exhibits Filed by Maribeth Thomas on behalf of Robert Lamb, Michael Ward (related document(s)69 Motion to Dismiss Case filed by Interested Party Michael Ward, Interested Party Robert Lamb, 88 Order To Set Hearing, 115 Order on Motion to Continue/Reschedule Hearing). (Attachments: # 1 Certificate of Service) (Thomas, Maribeth) (Entered: 09/08/2026) |
| 09/09/2026 | | 135 | Order & Notice To Set Hearing 130 Motion To Strike Objection and Motion To Dismiss Because Ward and Lamb Lack Standing and Lack Standing and the Courts Lack of Subject Matter Jurisdiction filed by Debtor Storj Labs Inc. (related document(s)130). Hearing scheduled for 9/16/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom. |

| | | | |
|---|---|---|---|
| | | | Any objection or other response to the motion must be filed by September 14, 2026. (trs) 9/9/2026 (Entered: 09/09/2026) |
| 09/10/2026 | | 136 | Hearing Scheduled RE: (related document(s)128 Corrective Motion to Dismiss for Lack of Venue, or in the alternative to Transfer Case to Proper Venue such as the Northern District of Georgia filed by Creditor Mark Harvilla, Creditor Nikhil Jain, Motion to Dismiss Case) Hearing scheduled for 9/16/2026 at 01:30 PM − L. Edward Friend II Bankruptcy Courtroom (trs) (Entered: 09/10/2026) |
| 09/10/2026 | | 137 | Order Granting Application to Employ Heather Trowbridge as Professional Bookkeeper (Related Doc # 74) (trs) 9/10/2026. (Entered: 09/10/2026) |
| 09/11/2026 | | 138 | **Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual** Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher) (Entered: 09/11/2026) |
| 09/11/2026 | | | **Receipt of Schedule E/F− Creditors Who Have Unsecured Claims( 5:26−bk−00512) [misc,schef] ( 34.00) filing fee. Receipt number A3169704, amount . (re:Doc#138)** (U.S. Treasury) (Entered: 09/11/2026) |
| 09/11/2026 | | 139 | BNC Certificate of Service. (related document(s)135 Order To Set Hearing) Notice Date 09/11/2026. (Admin.) (Entered: 09/12/2026) |
| 09/12/2026 | | 140 | BNC Certificate of Service. (related document(s)136 Hearing (Document) Sched/Cont/Resched − BK) Notice Date 09/12/2026. (Admin.) (Entered: 09/13/2026) |
| 09/12/2026 | | 141 | BNC Certificate of Service. (related document(s)137 Order on Application to Employ) Notice Date 09/12/2026. (Admin.) (Entered: 09/13/2026) |
| 09/14/2026 | | 142 | Motion *to Appear by Telephone at September 16, 2026 Hearings Set for 1:30 p.m.* with Certificate of Service Filed by Shari Lynne Collias on behalf of United States Trustee (Attachments: # 1 Proposed Order) (Collias, Shari) (Entered: 09/14/2026) |
| 09/14/2026 | | 143 | Motion *for Witness Out of Country to Appear Zoom* with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (Arthur, Christopher) (Entered: 09/14/2026) |
| 09/14/2026 | | 144 | Proposed Order *Approving Out of Country Witness Dr Ali to Appear Zoom* Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)143 Miscellaneous Relief filed by Debtor Storj Labs Inc.). (Arthur, Christopher) (Entered: 09/14/2026) |
| 09/14/2026 | | 145 | Amended Notice of Storj Labs, Inc. Witnesses and Exhibits Filed by Christopher R. Arthur on behalf of Storj Labs Inc.. (Arthur, Christopher). Related document(s) 133 (Entered: 09/14/2026) |
| 09/14/2026 | | 146 | Opposition Motion To Strike *OBJECTION TO DEBTORS MOTION TO STRIKE DIP OBJECTION AND MOTION TO DISMISS/TRANSFER* Filed by Judith K. Fitzgerald, Lauren Hutchins McCartney on behalf of Robert Lamb (related document(s)130 Motion To Strike filed by Debtor Storj Labs Inc.) (Attachments: # 1 Document MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEBTORS MOTION TO |

| | | | |
|---|---|---|---|
| | | | STRIKE OBJECTION AND MOTION TO DISMISS # 2 Document OBJECTION TO DEBTORS MOTION TO STRIKE DIP OBJECTION AND MOTION TO DISMISS/TRANSFER) (McCartney, Lauren) (Entered: 09/14/2026) |
| 09/14/2026 | | 147 | Motion *FOR PERMISSION FOR WITNESS TO APPEAR REMOTELY* with Certificate of Service Filed by Judith K. Fitzgerald, Lauren Hutchins McCartney on behalf of Robert Lamb (Attachments: # 1 Proposed Order PROPOSED ORDER GRANTING MOTION FOR PERMISSION FOR WITNESS TO APPEAR REMOTELY # 2 Document MOTION FOR PERMISSION FOR WITNESS TO APPEAR REMOTELY) (McCartney, Lauren) (Entered: 09/14/2026) |
| 09/14/2026 | | 148 | Response *in opposition to Motion of Collateral Agents to Dismiss Debtors Chapter 11 Case Pursuant to 11 U.S.C. 1112(B)(1) or, In the Alternative, Change Venue* with Certificate of Service Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)69 Motion to Dismiss Case filed by Interested Party Michael Ward, Interested Party Robert Lamb). (Arthur, Christopher) (Entered: 09/14/2026) |
| 09/14/2026 | | 149 | Proposed Motion *PROPOSED ORDER GRANTING MOTION FOR PERMISSION FOR WITNESS TO APPEAR REMOTELY* with Certificate of Service Filed by Judith K. Fitzgerald, Lauren Hutchins McCartney on behalf of Robert Lamb (McCartney, Lauren) (Entered: 09/14/2026) |
| 09/14/2026 | | 150 | MEMORANDUM OF LAW IN SUPPORT OF OBJECTION TO DEBTORS MOTION TO STRIKE OBJECTION AND MOTION TO DISMISS with Certificate of Service Filed by Judith K. Fitzgerald, Lauren Hutchins McCartney on behalf of Robert Lamb (related document(s)146 Motion To Strike filed by Interested Party Robert Lamb) (McCartney, Lauren) (Entered: 09/14/2026) |
| 09/14/2026 | | 151 | Opposition Motion To Strike *OBJECTION TO DEBTORS MOTON TO STRIKE DIP OBJECTION AND MOTION TO DISMISS/TRANSFER* with Certificate of Service Filed by Judith K. Fitzgerald, Lauren Hutchins McCartney on behalf of Robert Lamb (related document(s)130 Motion To Strike filed by Debtor Storj Labs Inc., 146 Motion To Strike filed by Interested Party Robert Lamb, 150 Motion To Strike filed by Interested Party Robert Lamb) (McCartney, Lauren) (Entered: 09/14/2026) |
| 09/15/2026 | | 152 | Objection *to Motion to Dismiss Harvilla and Jain* with Certificate of Service. Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s) 128 Motion to Change Venue filed by Creditor Mark Harvilla, Creditor Nikhil Jain, Motion to Dismiss Case). (Arthur, Christopher). (Entered: 09/15/2026) |
| 09/15/2026 | | 153 | Supplemental List of Witnesses and Exhibits of Collateral Agents Filed by Lauren Hutchins McCartney on behalf of Robert Lamb, Michael Ward (related document(s)134 List of Witnesses and Exhibits filed by Interested Party Michael Ward, Interested Party Robert Lamb). (Attachments: # 1 Certificate of Service) (McCartney, Lauren) (Entered: 09/15/2026) |
| 09/15/2026 | | 154 | Order Granting Motion of Acting United States Trustee To Appear By Telephone for the September 16, 2026 Hearing (Related Doc # 142) (trs) 9/15/2026. (Entered: 09/15/2026) |
| 09/15/2026 | | 155 | Order Granting Motion TO Approve Debtor's Witness, Dr. Ali, who resides outside of the United States to appear at the September 16, 2026 Hearing Via Zoom (Related Doc # 143) (trs) 9/15/2026. (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/15/2026) |
| 09/15/2026 | | 156 | Order Granting Motion for Permission for Michael Ward to appear via Zoom for the September 16, 2026 Hearing (Related Doc # 147) (trs) 9/15/2026. (Entered: 09/15/2026) |
| 09/15/2026 | | 157 | Notice of Appearance and Request for Notice by Raymond S. Franks II with Certificate of Service Filed by Raymond S. Franks II on behalf of Mauve Corporate Systems UK Ltd., Mauve Malta Ltd., Mauve Corporate Systems Singapore Lte Ltd.. (Franks, Raymond) (Entered: 09/15/2026) |
| 09/15/2026 | | 158 | Declaration re: *Declaration of Michael Ward* Filed by Maribeth Thomas, Lauren Hutchins McCartney on behalf of Michael Ward (related document(s)69 Motion to Dismiss Case filed by Interested Party Michael Ward, Interested Party Robert Lamb). (Attachments: # 1 Exhibit A − Forbearance Agreement # 2 Exhibit B − UCCs # 3 Exhibit C− Demand Letter) (McCartney, Lauren) (Entered: 09/15/2026) |
| 09/16/2026 | | 159 | The United States Trustee makes this report to the Clerk of the United States Bankruptcy Court for the Northern District of West Virginia regarding the appointment of a committee of unsecured creditors pursuant to 11 U.S.C. Section 1102. Despite efforts by the United States Trustee to solicit unsecured creditors for appointment to a committee of unsecured creditors, as of this date, sufficient indications of willingness to serve on such committee have not been received from persons eligible to serve on such committee under 11 U.S.C. Section 1102(b)(1). Accordingly, the United States Trustee is unable to appoint a committee of unsecured creditors pursuant to 11 U.S.C. Section 1102(a). Filed by U.S. Trustee United States Trustee. (Collias, Shari) (Entered: 09/16/2026) |
| 09/16/2026 | | 160 | Order Amending Schedule Re: Schedule E/F: Creditors Who Have Unsecured Claims for Non−Individual Filed by Christopher R. Arthur on behalf of Storj Labs Inc. (related document(s)138, 80). (Recchio, Amanda) 9/16/2026 (Entered: 09/16/2026) |
| 09/16/2026 | | 161 | Copy of 341 Notice Sent to Mailing Matrix Due to Amendments (Related Doc # 160 Order Amending Schedule) (Recchio, Amanda) (Entered: 09/16/2026) |
| 09/16/2026 | | 162 | Copy of Petition Sent To Secretary of Treasury (related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Storj Labs Inc., 61 Summary of Schedules: Assets and Liabilities filed by Debtor Storj Labs Inc., 62 Schedule A/B: Property filed by Debtor Storj Labs Inc., 63 Schedule D − Creditors Having Claims Secured by Property filed by Debtor Storj Labs Inc., 65 Schedule G filed by Debtor Storj Labs Inc., 66 Schedule H: − Codebtors filed by Debtor Storj Labs Inc., 67 Statement of Financial Affairs filed by Debtor Storj Labs Inc., 68 Equity Security Holders filed by Debtor Storj Labs Inc., 70 Disclosure of Compensation of Attorney for Debtor filed by Debtor Storj Labs Inc., 71 Corporate Ownership Statement filed by Debtor Storj Labs Inc., 80 Schedule E/F− Creditors Who Have Unsecured Claims filed by Debtor Storj Labs Inc., 103 Corporate Resolution filed by Debtor Storj Labs Inc.) (trs) (Entered: 09/16/2026) |
| 09/17/2026 | | 163 | Order Denying 130 Motion to Strike And To Continue Hearing On Use of Cash Collateral and Transfer/Dismissal of the case (related document(s)69, 14, 128 130). Hearing scheduled for 9/18/2026 at 10:00 AM − Video Conference w/ Judge Bissett (trs) 9/17/2026 (Entered: 09/17/2026) |

| | | | |
|---|---|---|---|
| 09/17/2026 | | 164 | BNC Certificate of Service. (related document(s)154 Order on Motion for Miscellaneous Relief) Notice Date 09/17/2026. (Admin.) (Entered: 09/18/2026) |
| 09/17/2026 | | 165 | BNC Certificate of Service. (related document(s)155 Order on Motion for Miscellaneous Relief) Notice Date 09/17/2026. (Admin.) (Entered: 09/18/2026) |
| 09/17/2026 | | 166 | BNC Certificate of Service. (related document(s)156 Order on Motion for Miscellaneous Relief) Notice Date 09/17/2026. (Admin.) (Entered: 09/18/2026) |
| 09/18/2026 | | 167 | PDF with attached Audio File. Court Date & Time [09/18/2026 10:00:00 AM]. File Size 4288351 . Run Time [00:06:23].(RE: Doc #69; Motion to Dismiss Case).(). (Entered: 09/18/2026) |
| 09/18/2026 | | 168 | Order Transferring Case (Related Doc # 69 Motion of Collateral Agents to Dismiss Debtors Chapter 11 Case Pursuant to 11 U.S.C. §1112(b)(1) or, in the Alternative, Change Venue, 128 Motion to Dismiss for Lack of Venue, or in the Alternative to Transfer Case to Proper Venue such as the Northern District of Georgia filed by Nikhil Jain, Mark Harvilla). (Recchio, Amanda) 9/18/2026. (Entered: 09/18/2026) |