**IT IS ORDERED as set forth below:**

**Date: September 23, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>STORJ LABS INC.,<br><br>Debtor. | CASE NO. 26-62642-PWB<br><br>CHAPTER 11 |

ORDER AND NOTICE OF FURTHER INTERIM HEARING ON POSTPETITION FINANCING AND THE USE OF CASH COLLATERAL
AND
NOTICE OF STATUS CONFERENCE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold (1) a further interim hearing on the postpetition financing and the use of cash collateral [Doc. 14, 26. 88]; and (2) a status and scheduling conference on any other pending matters on **October 1, 2026**, at **1:00 p.m.**, in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. The Debtor's attorney shall

appear in person. Other parties may appear in person or via the Court's Virtual Hearing Room. A party may join Judge Bonapfel's Virtual Hearing Room through the link on the Court's website located at https://www.ganb.uscourts.gov/dial-and-virtual-bankruptcy-hearing-information or the link on Judge Bonapfel's webpage under the tab "Virtual Hearings" which can also be found on the Court's website. Parties and counsel should be prepared to appear at the hearing via video but may leave the camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**END OF ORDER**

**Distribution List**

Electronic Notice on all registered CM/ECF users in this case