**IT IS ORDERED as set forth below:**

**Date: September 23, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>STORJ LABS INC.,<br><br>Debtor. | CASE NO. 26-62642-PWB<br><br>CHAPTER 11 |

ORDER AND NOTICE OF FURTHER INTERIM HEARING ON POSTPETITION FINANCING AND THE USE OF CASH COLLATERAL
AND
NOTICE OF STATUS CONFERENCE

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the Court shall hold (1) a further interim hearing on the postpetition financing and the use of cash collateral [Doc. 14, 26. 88]; and (2) a status and scheduling conference on any other pending matters on **October 1, 2026**, at **1:00 p.m.**, in Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia. The Debtor's attorney shall

appear in person. Other parties may appear in person or via the Court's Virtual Hearing Room. A party may join Judge Bonapfel's Virtual Hearing Room through the link on the Court's website located at https://www.ganb.uscourts.gov/dial-and-virtual-bankruptcy-hearing-information or the link on Judge Bonapfel's webpage under the tab "Virtual Hearings" which can also be found on the Court's website. Parties and counsel should be prepared to appear at the hearing via video but may leave the camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**END OF ORDER**

**Distribution List**

Electronic Notice on all registered CM/ECF users in this case

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-62642-pwb
Storj Labs Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Sep 23, 2026 Form ID: pdf492 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | Beverly Weiss Manne, Tucker Arensburg PC, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| aty | + | Bruce Michael Jacobs, 300 Kanawha Boulevard East, Charleston, WV 25301-2512 |
| aty | + | David R. Pogue, Carey Douglas Kessler & Ruby PLLC, 707 Virginia Street East, Suite 901, Charleston, WV 25301-2716 |
| aty | + | George A. R. Balchunas, 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| aty | + | James H. Billingsley, Duane Morris LLP, 200 Crescent Court, Suite 900, Dallas, TX 75201-1514 |
| aty | | Judith K. Fitzgerald, Tucker Arensberg, P.C., 1500 One PPG Place, Ste Rt 22, Pittsburgh, PA 15222 |
| aty | + | Kevin P Allen, Duane Morris LLP, 625 Liberty Avenue, Suite 1000, Pittsburgh, PA 15222-3135 |
| aty | + | Lauren Hutchins McCartney, Tucker Arensberg, P.C., United Center, 500 Virginia Street East, Ste 1050 Charleston, WV 25301-2135 |
| aty | + | Martin P. Sheehan, Sheehan & Associates, P.L.L.C., 1140 Main St., Ste 333, Wheeling, WV 26003-2742 |
| aty | + | Raymond S. Franks, II, Carey, Douglas, Kessler & Ruby PLLC, 707 Virginia Street, East, Suite 901, Charleston, WV 25301-2716 |
| aty | + | Shari Lynne Collias, DOJ-Ust, 300 Virginia Street East, Ste. 2025, Charleston, WV 25301-2535 |
| aty | + | Spencer D. Elliott, Lewis Gianola PLLC, 300 Summers Street, P.O. Box 1746, Charleston, WV 25326-1746 |
| acc | + | Heather Trowbridge, 18844 Hampstead Heath Ct, Land O Lakes, FL 34638-0027 |
| intp | + | Michael Ward, 7062 Hunters Ridge, Woodstock, GA 30189-2532 |
| cr | | Nikhil Jain, 3016 E. Colorado Blvd. #5216, Pasadena, CA 91107-3847 |
| op | + | Robert L Nistendirk, Woomer, Nistendirk & Associates, PLLC, 231 Capitol Street, Ste 400, Charleston, WV 25301-2200 |
| intp | + | Robert Lamb, 428 N. Wall St, Calhoun, GA 30701-1944 |
| cr | | VIVINT LLC, 1310 McKinney St., Houston, TX 77010 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: Mthomas@tuckerlaw.com | Sep 23 2026 21:33:00 | Maribeth Thomas, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Sep 23 2026 21:33:00 | United States Trustee, 362 Richard Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com |
| Gregory D. Ellis | gellis@lcenlaw.com |

TOTAL: 3