**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**MOTION TO APPROVE REPRESENTATIVES WHO RESIDE OUTSIDE THE UNITED STATES TO APPEAR VIA ZOOM AT THE HEARING ON OCTOBER 1, 2026**

Storj Labs, Inc., debtor-in-possession in the above-captioned case (the Debtor") moves the Court to approve representatives and if deemed necessary witness(es) who reside outside the United States to appear at the October 1, 2026 hearing to via zoom.

In support of this Motion, the Debtor states as follows:

1. On September 23, 2026, the Court entered "Order and Notice of Further Interim Hearing on PostPetition Financing and Use of Cash Collateral and Notice of Status Conference" ("Order"). ECF No. 173.

2. The Court's Order provided the "Court shall hold (1) a further interim hearing on postpetition financing and the use of cash collateral [Doc. 14, 26, 88]; and (2) a status and scheduling conference on other pending matters on October 1, 2026. . .") *Id.*

3. Debtor's representative resides outside the United States.

4. The Debtor recognizes that other party-in-interest's representatives reside outside the United States and may desire to appear at the October 1, 2026 hearing.

5. Due to the cost of requiring the Debtor's representative to appear in person, the Debtor requests the Court to allow its witness to appear via Zoom.

6. The Debtor has no objection to other party-in-interest's representative(s) who reside outside the United States and who may desire to appear at the October 1, 2026 hearing appearing via zoom.

7. Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents, who objected to the "Debtor's Motion to Authorize Post-Petition Financing and Use of Cash Collateral" authorized the Debtor to represent their agreement to the motion to allow representatives and if deemed necessary witnesses to appear via zoom.

**WHEREFORE,** the Debtor moves the Court to enter an Order allowing the Debtor and any other party-in-interest's representatives, and if deemed necessary, witness(es) who reside out of the United States to appear via Zoom at the hearing on October 1, 2026.

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373, gellis@lcenlaw.com
***Local Counsel for Storj Labs, Inc., Debtor-in possession***

and

*/s/ Chirstopher R. Arthur*
Christopher R. Arthur (WVSB #9192) *Pro Hac Pending*
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj Labs, Inc., Debtor-in possession***

**CERTIFICATE OF SERVICE**

I, Gregory D. Ellis, hereby certify that on September 27, 2026, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following parties.

- **Christopher R. Arthur** carthur@spilmanlaw.com
- **James Haney** jhaney@wongfleming.com, sfiorentino@wongfleming.com
- **Alan Hinderleider** Alan.Hinderleider@usdoj.gov

This 27th day of September 2026.

By: *[/s/ Gregory D. Ellis]*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
(404) 262-7373

-

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310