**IT IS ORDERED as set forth below:**

**Date: September 25, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>STORJ LABS INC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-62642-PWB<br><br>JUDGE BONAPFEL |

**ORDER OF ADMISSION PRO HAC VICE**

The Court having read the *Application for Admission Pro Hac Vice* filed by Christopher R. Arthur (on behalf of Storj Labs Inc) (the "Applicant") in the above-styled case on September 22, 2026 (Docket No. 172) (the "Application"), and it appearing that the Applicant meets the requirements of Bankruptcy Local Rule 9010-2 (N.D.Ga.), it is

**ORDERED** that the Application be, and the same hereby is, **GRANTED**.

The Clerk is directed to serve a copy of this Order on Applicant, designated Local Counsel, Debtor, counsel for Debtor (if any), any Trustee, and U.S. Trustee (if Chapter 7 or Chapter 11).

**[END OF DOCUMENT]**