**IT IS ORDERED as set forth below:**

**Date: September 28, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER GRANTING MOTION TO APPROVE REPRESENTATIVES WHO RESIDE OUTSIDE OF THE UNITED STATES TO APPEAR VIA ZOOM**

Upon the motion (the "Motion") of the debtor, Storj Labs, Inc. (the "Debtor") for entry of an order (this "Order") allowing representatives, and if deemed necessary witnesses who reside outside the United States to appear via Zoom. After due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that Debtor and/or other party-in-interest's representatives, and if deemed necessary witness(es) who reside outside the United States can appear at the hearing on **October 1, 2026** via Zoom.

**### END OF ORDER ###**

**Prepared and Presented by:**

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373
gellis@lcenlaw.com
***Local Counsel for Storj, Debtor-in possession***
and

*/s/__Christopher R, Arthur*
Christopher R. Arthur (WVSB #9192) *Pro Hac Pending*
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

**Identification of parties to be served:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328