UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**APPLICATION TO EMPLOY LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
AS LOCAL COUNSEL FOR DEBTOR**

COMES NOW Storj Labs, Inc., debtor-in-possession in the above-captioned case (THE ("**Debtor**"), and hereby files this *Application to Employ Lamberth, Cifelli, Ellis & Nason, P.A. as Local Counsel for Debtor* (the "**Application**"). In support of the Application, Debtor shows the Court as follows:

1. This case was initiated by the filing of a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on July 26, 2026, in the United States Bankruptcy Court for the Northern District of West Virginia.

2. On September 18, 2026 an Order Transferring Case was entered and the above-captioned case was transferred to the United States Bankruptcy Court for the Northern District of Georgia on September 21, 2026.

3. To administer this case in a proper, efficient, and economical manner, Debtor requires the services of local counsel.

4. Debtor shows that it is necessary to retain attorneys as local counsel to assist Debtor and its general counsel with legal issues and matters regarding the bankruptcy estate (the "**Estate**") which may include: the investigation and recovery of avoidance claims, including, without limitation, pursuit of litigation, when and if necessary; legal issues regarding administration of the

case; claims analysis; objections to claims as needed, and such other matters as may arise. Debtor has need for employment of attorneys to provide counsel and assistance in this case.

5. Debtor wishes to employ the law firm of Lamberth, Cifelli, Ellis & Nason, P.A. (the "**Firm**"), 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328, (404) 262-7373, as local counsel in this case. Debtor shows that the attorneys practicing with said law firm are admitted to practice in this Court, have knowledge and experience with regard to the matters in which the firm is to be engaged, and are well qualified to represent Debtor. Included with the Firm's Bankruptcy Rule 2014 Verification, attached hereto as Exhibit "A", is a statement with regard to its current rates and policy regarding reimbursement of expenses. Debtor anticipates that the Firm would seek reasonable compensation based upon the recognized factors. Debtor has paid a $10,000 retainer to the Firm, subject to approval of the Bankruptcy Court. No compensation will be paid by Debtor to the Firm except upon application to and approval by the Bankruptcy Court after notice and hearing as required by law.

6. To the best of Debtor's knowledge: the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., represents no interest adverse to Debtor or the Estate in the matters upon which it is to be engaged; said attorneys are disinterested persons under 11 U.S.C. §101(14) with regard to the matters upon which they are to be engaged; and the appointment of Lamberth, Cifelli, Ellis & Nason, P.A., will be in the best interests of the Estate, Debtor, creditors of Debtor, and other parties in interest.

WHEREFORE, Debtor prays for authority to retain and employ the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., in this case for the purposes specified herein above, and that Debtor have such other and further relief as may be just and proper.

Respectfully submitted this 29th day of September 2026.

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Proposed Local Counsel for Debtor*

By: *___/s/ Gregory D. Ellis___*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
(404) 262-7373

**EXHIBIT "A"**

**RULE 2014 VERIFICATION WITH REGARD TO EMPLOYMENT OF ATTORNEYS**

The undersigned hereby declares under penalty of perjury:

1. I am a Partner of the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., a professional association engaged in the practice of law with offices at 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, Georgia 30328 (the "Firm"). All attorneys practicing with the Firm are attorneys at law duly admitted to practice in the State of Georgia and in the United States District Court, Northern District of Georgia.

2. The Firm has been asked to represent Storj Labs, Inc, as local counsel in its capacity as a Chapter 11 debtor and debtor-in-possession ("Debtor"). To the best of my knowledge, the Firm has no professional, business, or other connection with the Debtor, any creditors in this case, or any other party in interest, as well as their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee. The Firm represents no interest which would be adverse to the estate of Debtor in connection with the matters upon which the Firm is to be engaged.

3. The Firm is not and was not a creditor or an insider of Debtor.

4. Accordingly, I believe the Firm is a "disinterested person" as that term is defined in section 101(14).

5. Attached hereto is the Firm's Resume, describing the Firm's attorneys, current hourly rates, and charges for expenses.

6. The Firm will not expect nor receive any compensation from the estate except upon application to and approval by the Bankruptcy Court after notice and hearing.

I verify that the above statements are true to the extent of my present knowledge and belief.

Dated: September 29, 2026

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310

**[Resume of Lamberth, Cifelli, Ellis & Nason, P.A. Follows]**

*The Resume of the Law Firm of*

***LAMBERTH,***
***CIFELLI,***
***ELLIS &***
***NASON, P.A.***

*LAMBERTH, CIFELLI, ELLIS & NASON, P.A.*

6000 Lake Forrest Drive
Suite 290
Atlanta, Georgia 30328
(404) 262-7373
(404) 262-9911 (fax)
www.LCENlaw.com

## FIRM RESUME

*Lamberth, Cifelli, Ellis & Nason, P.A.*, a professional association organized in 1972, is engaged in a general civil practice, with emphasis and concentrations in the areas of creditor's rights, bankruptcy and insolvency law, business reorganization, general business, and trial and appellate practice. The Firm has an "av" rating in the Martindale-Hubbell Law Directory.

Within the framework of its creditor/debtor law and bankruptcy practice, the Firm has substantial experience in the representation of clients in bankruptcy cases, representation of trustees, state court receivers, Chapter 11 Debtors, creditor's committees, and other fiduciaries in business bankruptcy cases. Members of the Firm have served as Chapter 11 and Chapter 7 Trustees and state court receivers.

The Firm charges a reasonable fee, taking into account the time and value of services rendered. Currently, time is generally charged at rates ranging from $425 to $525 per hour for attorney time and $195 per hour for paralegal time. Other relevant factors taken into account in setting a reasonable fee include the amounts involved and the results achieved in the representation, the novelty and complexity of the issues presented, and any time constraints imposed by the client or the circumstances. The Firm also charges for expenses incurred in connection with the provision of legal services as set forth in the attached Expense Description.

All attorneys practicing with the Firm are members of the State Bar of Georgia and are admitted to practice before the United States District Court of the Northern District of Georgia. The attached Attorney Resume sets forth the names, qualifications, and proposed hourly rates of the Firm's attorneys. Each attorney's hourly rate is subject to adjustment in accordance with economic conditions and changes in his or her qualifications, experience, and ability. The Firm may hire additional associate attorneys, whose hourly rates will be determined in accordance with their qualifications, experience, and ability.

# ATTORNEY RESUME

**Gregory D. Ellis** ($525.00 per hour). B.S., University of Pennsylvania, 1984; J.D., with distinction, Emory University, 1989. Admitted to bar, 1989. C.P.A., licensed in State of New York, 1986.

**G. Frank Nason, IV** ($425.00 per hour). B.A., Vanderbilt University, 1983; J.D., cum laude, Walter F. George School of Law, Mercer University, 1986. Admitted to bar, 1986. Member, 1984-85 and Managing Editor Staff, 1985-86, MERCER UNIVERSITY LAW REVIEW; Recipient, American Jurisprudence Award for Property, II.

**LAMBERTH, CIFELLI, ELLIS & NASON, P.A.**

**Expense Description**

Out-of-pocket expenses incurred in connection with the provision of legal services are charged to the client for reimbursement of the amount expended. These charges typically include: court filing fees; court reporting fees for appearances or transcriptions in connection with testimony at hearings, trials, depositions or examinations; record search fees by independent services; out-of-town express courier charges; postage; travel expenses (including lodging and air fare); costs for working luncheons or dinners and out-of-town meals; charges for copies of documents outside the office and applicable certification fees (public records, court documents, opposing counsel charges); and online research (actual cost or, in the case of services available for a flat fee, a charge based on the estimated average cost of the services).

The Firm contracts with an independent courier service for deliveries within the metropolitan Atlanta area. The Firm charges either actual cost per delivery or a pro-rated charge based on the estimated cost of the service in the event of multiple deliveries.

The Firm also charges for the following:

Photocopies (10 cents per page)

Telecopy Transmissions and Receipts (25 cents per page sent or received)

Local travel (mileage at rates provided for under applicable Internal Revenue provisions)

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing *Application to Employ Lamberth, Cifelli, Ellis & Nason, P.A. as Local Counsel for Debtor* (the "Application"), using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program

Christopher R. Arthur carthur@spilmanlaw.com
James Haney jhaney@wongfleming.com, sfiorentino@wongfleming.com
Alan Hinderleider Alan.Hinderleider@usdoj.gov

Dated: September 29, 2026

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com

6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
(404) 262-7373