**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 1:26-bk-62642-pwb** |
| **STORJ LABS, INC.,** | **Chapter 11** |
| **Debtor.** | **Judge Paul W. Bonapfel** |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for Vivint LLC and, in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, requests that all notices given or required to be given, and all papers served or required to be served in this case be given to and served upon:

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900
Dallas, Texas 75201
Telephone: 214-257-7242
JBillingsley@duanemorris.com

Nicolette J. Zulli
Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: 404-253-6900
NJZulli@duanemorris.com

All notices given and required to be given, and all pleadings filed in this case should be served upon the undersigned attorneys so that they may properly appear and be heard on any issues arising in this case on Vivint LLC's behalf.

Dated: September 29, 2026

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Nicolette J. Zulli*
Nicolette J. Zulli
Georgia State Bar No. 473765
DUANE MORRIS LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: 404-253-6900
NJZulli@duanemorris.com

COUNSEL TO VIVINT LLC

**CERTIFICATE OF SERVICE**

I certify that a copy of this notice was served through the Bankruptcy Court's electronic transmission facilities on September 29, 2026, as permitted by Federal Rule of Bankruptcy Procedure 9036.

*/s/ Nicolette J. Zulli*
Nicolette J. Zulli