# Income Statement (Profit and Loss)

Storj Labs Inc
For the month ended August 31, 2026

| Account | Aug 2026 |
|---|---|
| **Income** | |
| Customer Referral Revenue | 9,820.80 |
| Object Mount Revenue | 7,117.61 |
| Storj Global Cloud Revenue | 340,597.90 |
| Storj Private Cloud Revenue | 10,041.16 |
| Storj Select Revenue | 126,913.24 |
| Valdi On Demand Revenue | 500.00 |
| Valdi Reserved Revenue | 16,914.76 |
| **Total Income** | **511,905.47** |
| **Cost of Goods Sold** | |
| CGS - Bonus on Prepayment | 929.88 |
| CGS - Storj Global SNO | 125,499.96 |
| CGS - Storj Select SNO | 55,946.76 |
| CGS - Stripe Fees | 25.00 |
| CGS - Valdi GPU Cost | 33,565.23 |
| **Total Cost of Goods Sold** | **215,966.83** |
| **Gross Profit** | **295,938.64** |
| **Operating Expenses** | |
| Bad Debt Expense | 24,598.91 |
| Conferences / events | 2,083.33 |
| Contractors | 29,749.00 |
| Crypto Realized G/L - operati | (398.45) |
| Employee benefits | 29,903.53 |
| Infrastructure - Non Variable | 53,384.39 |
| Insurance | 50.11 |
| Office Expense | 79.00 |
| Office Rent & Parking | 545.38 |
| Other Expense | 292.17 |
| Partner Revenue Share | 4,014.96 |
| Payment Processor Fees | 7,127.63 |
| Payroll Taxes | 2,160.36 |
| Professional Fees - legal | 8,828.99 |
| Professional Fees - other | 10,000.00 |
| R&D expenses | 5,525.37 |
| Realized Currency Gains | (6.85) |
| Storj Realized G/L - operatior | 76,178.64 |
| Technology Subscriptions | 15,981.04 |
| Unrealized Currency Gains | 0.54 |
| Wages & Salaries | 117,411.47 |
| **Total Operating Expenses** | **387,509.52** |
| **Operating Income** | **(91,570.88)** |
| **Other Income / (Expense)** | |
| Depreciation & Amortization | (34,996.36) |
| Interest Income | 0.01 |
| **Total Other Income / (Expei** | **(34,996.35)** |
| **Net Income** | **(126,567.23)** |

# Income Statement (Profit and Loss)

Storj Labs Inc
For the month ended August 31, 2026

Entity is US.

| Account | Aug 2026 |
|---|---|
| **Income** | |
| Customer Referral Revenue | 9,820.80 |
| Object Mount Revenue | 7,117.61 |
| Storj Global Cloud Revenue | 340,597.90 |
| Storj Private Cloud Revenue | 10,041.16 |
| Storj Select Revenue | 126,913.24 |
| **Total Income** | **494,490.71** |
| | |
| **Cost of Goods Sold** | |
| CGS - Bonus on Prepayment | 929.88 |
| CGS - Storj Global SNO | 125,499.96 |
| CGS - Storj Select SNO | 55,946.76 |
| **Total Cost of Goods Sold** | **182,376.60** |
| | |
| **Gross Profit** | **312,114.11** |
| | |
| **Operating Expenses** | |
| Bad Debt Expense | 24,598.91 |
| Conferences / events | 2,083.33 |
| Contractors | 29,749.00 |
| Crypto Realized G/L - operati | (398.45) |
| Employee benefits | 29,903.53 |
| Infrastructure - Non Variable | 53,384.39 |
| Insurance | 50.11 |
| Office Expense | 79.00 |
| Office Rent & Parking | 545.38 |
| Other Expense | 292.17 |
| Partner Revenue Share | 4,014.96 |
| Payment Processor Fees | 7,127.63 |
| Payroll Taxes | 2,160.36 |
| Professional Fees - legal | 8,828.99 |
| Professional Fees - other | 10,000.00 |
| R&D expenses | 5,525.37 |
| Realized Currency Gains | (6.85) |
| Storj Realized G/L - operatior | 76,178.64 |
| Technology Subscriptions | 15,981.04 |
| Unrealized Currency Gains | 0.54 |
| Wages & Salaries | 117,411.47 |
| **Total Operating Expenses** | **387,509.52** |
| | |
| **Operating Income** | **(75,395.41)** |
| | |
| **Other Income / (Expense)** | |
| Depreciation & Amortization | (34,996.36) |
| Interest Income | 0.01 |
| **Total Other Income / (Exper** | **(34,996.35)** |
| | |
| **Net Income** | **(110,391.76)** |

# Income Statement (Profit and Loss)

Storj Labs Inc

For the month ended August 31, 2026

Entity is Valdi.

| Account | Aug 2026 |
|---|---|
| **Income** | |
| Valdi On Demand Revenue | 500.00 |
| Valdi Reserved Revenue | 16,914.76 |
| **Total Income** | **17,414.76** |
| **Cost of Goods Sold** | |
| CGS - Stripe Fees | 25.00 |
| CGS - Valdi GPU Cost | 33,565.23 |
| **Total Cost of Goods Sold** | **33,590.23** |
| **Gross Profit** | **(16,175.47)** |
| **Operating Income** | **(16,175.47)** |
| **Net Income** | **(16,175.47)** |