# Income Statement (Profit and Loss)

Storj Labs Inc
For the period August 18, 2026 to September 17, 2026

| Account | Aug 18-Sep 17, 2026 |
|---|---|
| **Income** | |
| Customer Referral Revenue | 9,820.80 |
| Storj Global Cloud Revenue | 336,926.42 |
| Storj Private Cloud Revenue | 10,041.16 |
| **Total Income** | **356,788.38** |
| **Cost of Goods Sold** | |
| CGS - Bonus on Prepayment | 929.88 |
| CGS - Storj Global SNO | 15,000.00 |
| CGS - Storj Select SNO | 58,620.32 |
| CGS - Stripe Fees | 25.00 |
| **Total Cost of Goods Sold** | **74,575.20** |
| **Gross Profit** | **282,213.18** |
| **Operating Expenses** | |
| Bad Debt Expense | 24,598.91 |
| Conferences / events | 2,083.33 |
| Contractors | 17,447.18 |
| Crypto Realized G/L - operations | 18.43 |
| Employee benefits | 28,388.82 |
| Infrastructure - Non Variable | 25,198.79 |
| Insurance | 14.11 |
| Office Expense | 79.00 |
| Other Expense | 290.87 |
| Partner Revenue Share | 3,229.15 |
| Payment Processor Fees | 7,127.63 |
| Payroll Taxes | 696.95 |
| Professional Fees - legal | 22,510.25 |
| Professional Fees - other | 10,000.00 |
| R&D expenses | 570.00 |
| Realized Currency Gains | (6.85) |
| Storj Realized G/L - operations | (6,125.52) |
| Technology Subscriptions | 11,601.32 |
| Unrealized Currency Gains | 158.74 |
| Wages & Salaries | 248,987.08 |
| **Total Operating Expenses** | **396,868.19** |
| **Operating Income** | **(114,655.01)** |
| **Other Income / (Expense)** | |
| Depreciation & Amortization | (34,996.36) |
| Interest Income | 0.01 |
| **Total Other Income / (Expense)** | **(34,996.35)** |
| **Net Income** | **(149,651.36)** |

# Balance Sheet

Storj Labs Inc
As of September 17, 2026

| Account | Sep 17, 2026 | Aug 31, 2026 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| **Cash and Cash Equivalents** | | |
| Alliance Bank - Storj Inc MM 8299 | 2.20 | 2.20 |
| Alliance Bank Storj Inc Ckg 2757 | 119,950.12 | 55,604.22 |
| Bill.com Money Out Clearing | 0.00 | 0.04 |
| **Total Cash and Cash Equivalents** | **119,952.32** | **55,606.46** |
| Accounts Receivable | 12,032.00 | 15,568.97 |
| Accounts Receivable Stripe | 319,403.16 | 605,549.51 |
| Deposits & Prepayments | 208,651.47 | 232,795.30 |
| Hardware Wallets - ETH - multisig | 4,644.12 | 4,644.12 |
| Other Receivables | 4,998.36 | 4,998.36 |
| State Income Tax Receivable | 48.00 | 48.00 |
| STORJ Token - cust. deposits | 23,041.65 | 23,041.65 |
| STORJ Token - SNO 5% buyback | 0.00 | 0.00 |
| **Total Current Assets** | **692,771.08** | **942,252.37** |
| **Fixed Assets** | | |
| Computer & Office Equipment | 22,763.78 | 22,763.78 |
| Less-Accumulated Depreciation: Computer & Office Equipment | (19,073.89) | (19,073.89) |
| **Total Fixed Assets** | **3,689.89** | **3,689.89** |
| **Long Term Assets** | | |
| Accumulated Amortization: Goodwill Valdi | (904,466.93) | (904,466.93) |
| Accumulated Amortization: Intangible Assets Pando | (1,277,103.00) | (1,277,103.00) |
| Accumulated Amortization: IP | (1,900,000.00) | (1,900,000.00) |
| Deferred Tax Asset | 2,803,273.00 | 2,803,273.00 |
| Goodwill Valdi | 4,174,462.68 | 4,174,462.68 |
| Intangible Assets - Pando | 1,277,103.00 | 1,277,103.00 |
| Intellectual Property | 1,900,000.00 | 1,900,000.00 |
| Other Non-Current Asset Tax Goodwill | 101,491.00 | 101,491.00 |
| Tradename - Airleap | 11,366.91 | 11,366.91 |
| **Total Long Term Assets** | **6,186,126.66** | **6,186,126.66** |
| **Total Assets** | **6,882,587.63** | **7,132,068.92** |
| **Liabilities and Equity** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| Accounts Payable - Post Petition | 83,180.18 | 86,048.52 |
| Accrued Liabilities | 19,607.11 | 24,036.54 |
| Bill.com Money Out Clearing | 5,806.04 | 0.00 |
| Customer prepayments - STORJ token | 86,171.91 | 86,171.91 |
| Debtor In Possession Financing | 100,000.00 | 100,000.00 |
| Deferred Revenue - Fiat | 216,552.94 | 216,552.94 |
| Deferred Revenue - Valdi Fiat | 106,328.58 | 106,328.58 |
| Federal Income Tax Payable | 3,741,537.00 | 3,741,537.00 |
| Liabilities Subject to Compromise - Pre-Petition AP | 2,165,026.63 | 2,168,413.31 |
| Liabilities Subject to Compromise - Pre-Petition Payroll | 1,100,703.34 | 1,100,703.34 |
| Payroll Wages Payable | (10,073.19) | 0.00 |
| Ramp card | 130,083.13 | 130,083.13 |
| Sales Tax | (635.27) | (635.27) |
| SNO liability | 188,250.72 | 334,016.72 |
| State Income Tax Payable | 121,642.00 | 121,642.00 |
| **Total Current Liabilities** | **8,054,181.12** | **8,214,898.72** |
| **Total Liabilities** | **8,054,181.12** | **8,214,898.72** |
| **Equity** | | |
| Additional Paid in Capital - Inveniam | (1,986,009.08) | (1,986,009.08) |
| Additional Paid-in Capital - Common Stock | (2,429,276.53) | (2,429,276.53) |
| Additional Paid-in Capital - Stock Options | 7,240,083.21 | 7,240,083.21 |
| Additional Paid-In Capital - Stock Options Expired | 3,542.99 | 3,542.99 |
| Common Stock | 91.19 | 91.19 |
| Current Year Earnings | (5,987,236.30) | (5,898,472.61) |
| Retained Earnings | 7,990,045.33 | 7,990,045.33 |
| Subscription Income | 558,353.09 | 558,353.09 |
| Treasury Stock | (6,561,187.39) | (6,561,187.39) |

| | | |
|---|---|---|
| **Total Equity** | **(1,171,593.49)** | **(1,082,829.80)** |
| **Total Liabilities and Equity** | **6,882,587.63** | **7,132,068.92** |

**[FX]** Exchange rates used to convert foreign currency into USD are shown below. Rates are provided by XE.com ur

**Sep 17, 2026**
1.39915 CAD (Canadian Dollar)
0.871458 EUR (Euro)
0.748917 GBP (British Pound)
**Aug 31, 2026**
1.38628 CAD (Canadian Dollar)
0.861331 EUR (Euro)
0.738221 GBP (British Pound)
**Jul 31, 2026**
1.40206 CAD (Canadian Dollar)
0.867364 EUR (Euro)
0.741936 GBP (British Pound)

| Jul 31, 2026 |
|---:|
| |
| 2.19 |
| 2,702.37 |
| 0.00 |
| **2,704.56** |
| 20,753.03 |
| 555,700.59 |
| 245,239.26 |
| 4,662.55 |
| 26,177.97 |
| 48.00 |
| 49,070.93 |
| 46,976.07 |
| **951,332.96** |
| |
| 22,763.78 |
| (18,864.72) |
| **3,899.06** |
| |
| (869,679.74) |
| (1,277,103.00) |
| (1,900,000.00) |
| 2,803,273.00 |
| 4,174,462.68 |
| 1,277,103.00 |
| 1,900,000.00 |
| 101,491.00 |
| 11,366.91 |
| **6,220,913.85** |
| **7,176,145.87** |
| |
| |
| 31,507.43 |
| 29,134.69 |
| 0.01 |
| 92,281.14 |
| 0.00 |
| 239,043.20 |
| 123,243.34 |
| 3,741,537.00 |
| 2,168,413.31 |
| 1,137,626.25 |
| 37,473.05 |
| 130,083.13 |
| (635.27) |
| 285,059.16 |
| 121,642.00 |
| **8,136,408.44** |
| **8,136,408.44** |
| |
| (1,986,009.08) |
| (2,429,276.53) |
| 7,240,083.21 |
| 3,542.99 |
| 91.19 |
| (5,775,905.38) |
| 7,990,045.33 |
| 558,353.09 |
| (6,561,187.39) |

| |
|---|
| **(960,262.57)** |
| **7,176,145.87** |

nless otherwise stated.