| | Average Monthly Jan-June | First Month Post Filing 8/4 to 8/25 | Last Month of 12-Week Cashflow (Week9-12) | Month Before Emergence | |
|---|---|---|---|---|---|
| Revenues | #REF! | #REF! | #REF! | #REF! | In the months leading to bar |
| COGS | #REF! | #REF! | #REF! | #REF! | Blended margins low (±30% |
| Staff | #REF! | #REF! | #REF! | #REF! | Staff costs (W2, contractors |
| Other Expenses | #REF! | #REF! | #REF! | #REF! | Expenses dramatcially cut p |
| Total Expenses | #REF! | #REF! | #REF! | #REF! | Given above, huge impact o |
| EBITDA/ Net Cash | #REF! | #REF! | #REF! | #REF! | |
| Buffer | | | #REF! | | 5% of expenses as buffer in |

Cell reference
B3
B4
B5

Note for E3 and E4
20% uplift in Revenue (largest client discussion moving from 14PB data to 21 PB)
Improved margins from 40 to 50%

nkruptcy, while Revenues were $200K/mth more than today, mix of recurring and one-off, and we could get towarc
) because of unprofitable non-core products (Valdi, Object Mount), and poor pricing for Object Storage (core proc
s, EOR (Employer of Record)): Storj had 90 employees then reduced to 30 by June 2026, and by 31 July now only 1
post-filing: fixed costs of renting infra reduced dramatically ($130k to $30k), support of non-core product (Valdi) e

ds that revenue, with better pricing model (tracking and charging for all services), post emergence
duct). Future gross margin should be 60% but we plan 50% at energence, to be conservative

## Storj Estimated Cash Requirements

| USD $0 | Average Jan-Jun | For first part of bankruptcy | current potential monthly | *WEEKLY* Week 0 10/1-10/4 | Week 1 10/5-10/11 | Week 2 10/12-10/18 | Week 3 10/19-10/25 | Week 4 10/26 - 11/1 | Week 5 11/2 - 11/8 | Week 6 11/9 - 11/15 | Week 7 11/16 - 11/22 | Week 8 11/23 - 11/29 | Week 9 11/30 - 12/6 | Week 10 12/7-12/13 | Week 11 12/14-12/20 | Week 12 12/21-12/27 | Week 13 (p) 12/28-12/31 | *MONTHLY* Month 4 Jan-27 | Month 5 Feb-27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Cash Inflows:*** | | | | | | | | | | | | | | | | | | | |
| Customer Billings | | 325,000 | 374,000 | 0 | 255,933 | 188,422 | 158,112 | 27,466 | 140,014 | 188,422 | 18,098 | 27,466 | 140,014 | 188,422 | 18,098 | 27,466 | 0 | 374,000 | 374,000 |
| **Total Cash Inflows** | **543,854** | **325,000** | **374,000** | **0** | **255,933** | **188,422** | **158,112** | **27,466** | **140,014** | **188,422** | **18,098** | **27,466** | **140,014** | **188,422** | **18,098** | **27,466** | **0** | **374,000** | **374,000** |
| ***Cash Outflows:*** | | | | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 380,698 | 199,854 | 201,000 | | | 95,000 | | 106,000 | | 95,000 | | 106,000 | | 95,000 | | 106,000 | | 201,000 | 201,000 |
| Infrastructure - Non Variable | 129,088 | 30,500 | 0 | | | | | | | | | | | | | | | | |
| R&D expenses | 14,223 | 6,000 | 0 | | | | | | | | | | | | | | | | |
| Technology Subscriptions | 33,799 | 7,000 | 3,000 | 3,000 | | | | 3,000 | | | | 3,000 | | | | 3,000 | | 3,000 | 3,000 |
| Payment Processor Fees | 7,628 | 8,122 | 3,122 | 1,201 | 1,547 | 149 | 225 | 1,201 | 1,547 | 149 | 225 | 1,201 | 1,547 | 149 | 225 | 1,201 | | 3,122 | 3,122 |
| W-2 Employees | 407,596 | 18,752 | 18,752 | | | 9,376 | | 9,376 | | 9,376 | | 9,376 | | 9,376 | | 9,376 | | 18,752 | 18,752 |
| EOR Employees | | 114,818 | 117,489 | | | 117,489 | | | | 117,489 | | | | 117,489 | | | | 117,489 | 117,489 |
| Contractors | | 24,103 | 20,291 | | | | | 20,291 | | | | 20,291 | | | | 20,291 | | 20,291 | 20,291 |
| Net Employee Benefits Expense | | 6,419 | 6,419 | 62 | 198 | 6,159 | 0 | 62 | 198 | 6,159 | 0 | 62 | 198 | 6,159 | 0 | 62 | | 6,419 | 6,419 |
| Continue Employee Payroll Taxes and Other Expenses | 15,839 | 1,464 | 1,464 | | | 732 | | 732 | | 732 | | 732 | | 732 | | 732 | | 1,464 | 1,464 |
| Partner Revenue Share | 4,782 | 10,439 | 10,439 | | | | 10,439 | | | | 10,439 | | | | 10,439 | | | 10,439 | 10,439 |
| Expected Commission Expense | 28,600 | 14,188 | 3,563 | | | 3,563 | | | | 3,563 | | | | 3,563 | | | | 3,563 | 3,563 |
| Insurance | 559 | 100 | 100 | 50 | | 50 | | 50 | | 50 | | 50 | | 50 | | 50 | | 100 | 100 |
| Other Expenses | 42,795 | 1,000 | 1,000 | | | | 1,000 | | | | | 1,000 | | | | 1,000 | | 1,000 | 1,000 |
| Accounting Contractor and Restructuring Fees | | 22,500 | 11,500 | 1,500 | | | | 11,500 | | | | 11,500 | | | | 11,500 | | 11,500 | 11,500 |
| Restructuring legal fees (estimate) | | 2,500 | 5,000 | 5,000 | | | | 5,000 | | | | 5,000 | | | | 5,000 | | 5,000 | 5,000 |
| **Cash Outflows, Before Trustee Fees and Safety Margin** | **1,065,605** | **467,759** | **403,139** | **10,813** | **1,745** | **232,517** | **11,664** | **157,213** | **1,745** | **232,517** | **10,664** | **158,213** | **1,745** | **232,517** | **10,664** | **158,213** | **0** | **403,139** | **403,139** |
| Trustee Fee (*0.4% of Quarterly Disbursements* ) | | 1,871 | 1,613 | | | | 4,975 | | | | | | | | | | | 5,467 | |
| Cash Outflow Safety Margin (*$10k/mth* ) | | 10,000 | 10,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 10,000 | 10,000 |
| **Total Cash Outflows** | **1,065,605** | **479,630** | **414,752** | **13,313** | **4,245** | **235,017** | **19,140** | **159,713** | **4,245** | **235,017** | **13,164** | **160,713** | **4,245** | **235,017** | **13,164** | **160,713** | **2,500** | **418,606** | **413,139** |
| **Net Cash Inflows / (Outflows)** | **(521,751)** | **(154,630)** | **(40,752)** | **(13,313)** | **251,688** | **(46,596)** | **138,973** | **(132,247)** | **135,770** | **(46,596)** | **4,934** | **(133,247)** | **135,770** | **(46,596)** | **4,934** | **(133,247)** | **(2,500)** | **(44,606)** | **(39,139)** |
| **Cumulative Funding Surplus / (Shortfall)** | | | | **87,399** | **339,087** | **292,491** | **431,464** | **299,217** | **434,987** | **388,391** | **393,325** | **260,078** | **395,848** | **349,252** | **354,186** | **220,939** | **218,439** | **173,833** | **134,694** |

## Storj Estimated Cash Requirements

| *USD $0* | Interim Funding 8/4-8/25 | Total 12Week Funding 8/4-10/25 | Week 1 (p) 8/4-8/9 | Week 2 8/10-8/16 | Week 3 8/17-8/23 | Week 4 (p) 8/24-8/25 | Week 4 (p) 8/26-8/30 | Week 5 8/31-9/6 | Week 6 9/7-9/13 | Week 7 9/14-9/20 | Week 8 9/21-9/27 | Week 9 9/28-10/4 | Week 10 10/5-10/11 | Week 11 10/12-10/18 | Week 12 10/19-10/25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***Cash Inflows:*** | | | | | | | | | | | | | | | |
| Customer Billings | 302,331 | 930,634 | 134,811 | 152,617 | 14,903 | 0 | 21,571 | 114,962 | 147,980 | 14,214 | 35,851 | 109,962 | 147,980 | 14,214 | 21,571 |
| **Total Cash Inflows** | **302,331** | **930,634** | **134,811** | **152,617** | **14,903** | **0** | **21,571** | **114,962** | **147,980** | **14,214** | **35,851** | **109,962** | **147,980** | **14,214** | **21,571** |
| ***Cash Outflows:*** | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 191,000 | 390,854 | 0 | 0 | 0 | 191,000 | 0 | 0 | 0 | 0 | 199,854 | 0 | 0 | 0 | 0 |
| W-2 Employees | 18,752 | 46,881 | 0 | 9,376 | 0 | 9,376 | 0 | 0 | 9,376 | 0 | 9,376 | 0 | 0 | 9,376 | 0 |
| EOR Employees | 133,337 | 362,973 | 0 | 133,337 | 0 | 0 | 0 | 0 | 0 | 114,818 | 0 | 0 | 0 | 114,818 | 0 |
| Contractors | 27,990 | 52,093 | 3,888 | 0 | 0 | 24,103 | 0 | 0 | 0 | 0 | 0 | 24,103 | 0 | 0 | 0 |
| Accounting Contractor (*Pre-paid Through Week 4* ) | 3,000 | 35,000 | 3,000 | 0 | 0 | 0 | 0 | 3,000 | 6,500 | 0 | 6,500 | 3,000 | 6,500 | 0 | 6,500 |
| Final Paychecks for Terminated Employees | 49,663 | 49,663 | 38,340 | 11,323 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Employee Benefits Expense | 32,339 | 45,177 | 653 | 1,402 | 30,283 | 0 | 0 | 62 | 198 | 6,159 | 0 | 62 | 198 | 6,159 | 0 |
| *Gross Employee Benefits* | 43,339 | 56,177 | *653* | *1,402* | *41,283* | *0* | *0* | *62* | *198* | *6,159* | *0* | *62* | *198* | *6,159* | *0* |
| *Net of Accrue Solutions Medical Benefits Inflows* | (11,000) | (11,000) | *0* | *0* | *(11,000)* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* |
| Partner Revenue Share | 10,439 | 20,878 | 0 | 0 | 0 | 10,439 | 0 | 0 | 0 | 0 | 0 | 10,439 | 0 | 0 | 0 |
| Payment Processor Fees | 8,573 | 24,114 | 3,440 | 3,895 | 661 | 577 | 0 | 3,077 | 3,961 | 380 | 547 | 2,915 | 3,752 | 360 | 547 |
| Technology Subscriptions | 7,000 | 21,000 | 7,000 | 0 | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 | 7,000 | 0 | 0 | 0 |
| R&D expenses | 6,000 | 18,000 | 6,000 | 0 | 0 | 0 | 0 | 6,000 | 0 | 0 | 0 | 6,000 | 0 | 0 | 0 |
| Infrastructure - Non Variable | 44,500 | 125,500 | 0 | 0 | 44,500 | 0 | 0 | 20,000 | 0 | 30,500 | 0 | 0 | 0 | 30,500 | 0 |
| Insurance | 100 | 300 | 50 | 0 | 50 | 0 | 0 | 50 | 0 | 50 | 0 | 50 | 0 | 50 | 0 |
| Other Expense | 500 | 1,500 | 0 | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 500 | 0 | 0 | 0 | 500 |
| Continue Employee Payroll Taxes and Other Expenses | 1,464 | 3,660 | 0 | 732 | 0 | 732 | 0 | 0 | 732 | 0 | 732 | 0 | 0 | 732 | 0 |
| Expected Commission Expense (*4.5% of Revenue* ) | 14,576 | 41,236 | 6,066 | 6,868 | 671 | 971 | 0 | 5,173 | 6,659 | 640 | 971 | 4,948 | 6,659 | 640 | 971 |
| Restructuring CFA | 2,500 | 5,000 | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 2,500 | 0 | 0 | 0 | 0 | 0 |
| **Cash Outflows, Before Trustee Fees and Safety Margin** | **551,733** | **1,243,829** | **68,438** | **166,933** | **79,165** | **237,198** | **0** | **44,362** | **27,426** | **155,047** | **218,479** | **58,517** | **17,110** | **162,636** | **8,518** |
| Trustee Fee (*0.4% of Quarterly Disbursements* ) | 0 | 4,975 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,975 |
| Cash Outflow Safety Margin (*5% of Net Outflows* ) | 0 | 34,605 | | | | | 0 | 2,218 | 1,371 | 7,752 | 10,924 | 2,926 | 855 | 8,132 | 426 |
| **Total Cash Outflows** | **551,733** | **1,283,409** | **68,438** | **166,933** | **79,165** | **237,198** | **0** | **46,581** | **28,798** | **162,800** | **229,403** | **61,443** | **17,965** | **170,767** | **13,919** |
| **Net Cash Inflows / (Outflows)** | **(249,402)** | **(352,775)** | **66,373** | **(14,316)** | **(64,262)** | **(237,198)** | **21,571** | **68,382** | **119,182** | **(148,586)** | **(193,553)** | **48,519** | **130,015** | **(156,554)** | **7,652** |
| **Cumulative Funding Surplus / (Shortfall)** | | | **66,373** | **52,057** | **(12,205)** | **(249,402)** | **(227,832)** | **(159,450)** | **(40,268)** | **(188,854)** | **(382,407)** | **(333,888)** | **(203,873)** | **(360,427)** | **(352,775)** |
| Debtor In Possession Financing | 260,000 | 388,000 | 100,000 | | 160,000 | | | | 128,000 | | | | | | |
| Debtor In Possession Financing Expense | | | | | | | | | | | | | | | |
| ***Post DIP Financing:*** | | | | | | | | | | | | | | | |
| **Net Cash Inflows / (Outflows)** | | | **166,373** | **(14,316)** | **95,738** | **(237,198)** | **21,571** | **68,382** | **247,182** | **(148,586)** | **(193,553)** | **48,519** | **130,015** | **(156,554)** | **7,652** |
| **Cumulative Funding Surplus / (Shortfall)** | | | **166,373** | **152,057** | **247,795** | **10,598** | **32,168** | **100,550** | **347,732** | **199,146** | **5,593** | **54,112** | **184,127** | **27,573** | **35,225** |