**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>STORJ LABS, INC.,<br><br>Debtor. | Case No. 1:26-bk-62642-pwb<br><br>CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor in the above-captioned case. The undersigned hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873-8120
Email: darryl.laddin@agg.com

This request encompasses all notices, copies and pleadings referred to or contemplated in the Federal Rules of Civil Procedure and Federal Rules of Bankruptcy Procedure, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect to otherwise related to the above case.

Respectfully submitted this 30th day of September, 2026.

ARNALL GOLDEN GREGORY LLP

*/s/ Darryl S. Laddin*
Darryl S. Laddin
Georgia Bar No. 460793
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Telephone: (404) 873-8120
Email: darryl.laddin@agg.com

*Counsel for Michael Ward and Robert Lamb, in their capacity as Collateral Agents for certain entities with liens on shares of the Debtor*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2026, a true and correct copy of the foregoing document was served electronically by the Court's CM/ECF system on all parties entitled to such notice.

ARNALL GOLDEN GREGORY LLP

*/s/ Darryl S. Laddin*
Darryl S. Laddin