**Fill in this information to identify the case:**

Debtor name Storj Labs Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) 1:26-bk-62642

☒ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Aleksei Aleksandrovich Leonov<br>Krtsanisi district, Ponichala 3, Bl. 5, entrance hall 2, floor 4, auxiliary storage room Tbilisi GE | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,080.03 | $11,080.03 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Andrea Steinke<br>3063 Quartz Hill Rd<br>Redding, CA 96003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.3 | Bryan Mangelson<br>1133 N 1190 E<br>American Fork, UT 84003 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

2.4 Priority creditor's name and mailing address
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.5 Priority creditor's name and mailing address
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.6 Priority creditor's name and mailing address
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.7 Priority creditor's name and mailing address
Dominick Marino
15941 E. Sunflower Dr
Fountain Hills, AZ 85268

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

2.8 Priority creditor's name and mailing address
Donald Shott, Jr.
2568 S Park St E
Salt Lake City, UT 84106

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**2.9** Priority creditor's name and mailing address
Ethan Adams
926 Camargo Drive
Ballwin, MO 63011

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.10** Priority creditor's name and mailing address
Goran Mrkonjic
Bukereska 14, 1100 Beograd, Serbia

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.11** Priority creditor's name and mailing address
Helene Unland
5052 N Sanders Rd
Tucson, AZ 85743

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.12** Priority creditor's name and mailing address
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$4,020,052.02 $4,020,052.02

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number 1104

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.13** Priority creditor's name and mailing address
Jennifer Johnson
146 Osner Dr
Atlanta, GA 30342

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**2.14** Priority creditor's name and mailing address
Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address
John Gleeson
4520 Arborvitae Dr
Honor, MI 49640

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address
Kimberly Pashel
746 Hillmont Ave
Decatur, GA 30030

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,891.62 $12,891.62

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address
Mark Harvilla
142 S El Molino Avenue, Apt 2
Pasadena, CA 91101

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address
Michal Niewrzal
Os Slaskie 23B/2, Zielona Gora,
Lubuskie, 65-547, POL

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$17,150.00 $17,150.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address<br>Nia Lee<br>3751 Chesapeake Ave #323<br>Los Angeles, CA 90016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.20 | Priority creditor's name and mailing address<br>Nikhil Jain<br>3016 E Colorado Blvd, #5216<br>Pasadena, CA 91107 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.21 | Priority creditor's name and mailing address<br>Steven Haupt<br>7127 Warner Rd<br>Saline, MI 48176 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.22 | Priority creditor's name and mailing address<br>Trisha Winter<br>35915 Fredericksburg Rd<br>Farmington Hills, MI 48331 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,150.00 | $17,150.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>66Degrees LLC<br>550 W Adams St. STE 910<br>Chicago, IL 60661<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $591,329.86 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

3.2 **Nonpriority creditor's name and mailing address**
Andrea Steinke
3063 Quartz Hill Rd
Redding, CA 96003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,608.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
Andril Kotko
14 Budivel'nykiv street Apt. 79, Ukrainka,
Kyivs'ka, 08720, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,464.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
Artur Wolff
gen. Jaroslawa Dabrowskiego 64/79 L?dz
93-208 POL
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,916.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Avalara
512 S Magnum St Suite 100
Durham, NC 27701
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $27,780.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.6 **Nonpriority creditor's name and mailing address**
Axiom Global Inc
PO Box 8439
Pasadena, CA 91109-8439
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $8,389.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
Ben Golub
4165 Old Adobe Road
Palo Alto, CA 94306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,230.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $26,532.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
Cambridge Enterprise Ltd
Hauser Forum, 3 Charles Babbage Road,
Cambridge CB3 0GT, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,267.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

3.10 **Nonpriority creditor's name and mailing address**
Christopher Rocco
610 N Wagner Rd
Ann Arbor, MI 48103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $28,668.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
Colby Winegar
788 E Kamber Cv
Draper, UT 84020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $71,355.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
Credit Group Corp
1693 65th Street
Brooklyn, NY 11204
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $67,718.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
Damein Morgan
2896 E. Christopher Dr.
Fresno, CA 93720
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $26,267.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
DataCamp Limited
9 Coldbath Square London EC1R 5HL GB
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,653.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
David Colantuoni
8 Starboard Drive
Buzzards Bay, MA 02532
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,471.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Deel
425 1st St
San Francisco, CA 94105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $22,103.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Denvr
1325 Avenue of the Americas Floor 20
New York, NY 10019
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,305.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.18 | DigitalOcean LLC<br>105 Edgeview Drive Suite 425<br>Broomfield, CO 80021<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $169,889.66 |
| 3.19 | Donald Shott, Jr.<br>2568 S Park St E<br>Salt Lake City, UT 84106<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $16,779.75 |
| 3.20 | Emily Gay<br>4528 Lashley Ct NE<br>Marietta, GA 30068<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,083.33 |
| 3.21 | Ethan Adams<br>926 Camargo Drive<br>Ballwin, MO 63011<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $34,031.22 |
| 3.22 | Fidelity Workplace Services LLC<br>P.O. Box 73307<br>Chicago, IL 60673<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $482.03 |
| 3.23 | Gardner Law PLLC<br>423 Main St So, Suite 421-F1<br>Stillwater, MN 55082<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,500.00 |
| 3.24 | Goran Mrkonjic<br>Bukereska 14, 1100 Beograd, Serbia<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,538.00 |
| 3.25 | Hedgehog Invest Limited<br>Unit A, 82 James Carter Road,<br>Mildenhall, Suffolk, IP28 7DE<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 6465 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $148,854.97 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.26** **Nonpriority creditor's name and mailing address**
Helene Unland
5052 N Sanders Rd
Tucson, AZ 85743
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $10,233.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
Hetzner Online
Industriestr. 25 Gunzenhausen 91710 DE
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $333.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
Hubspot
PO Box 419842
Boston, MA 02241
**Date(s) debt was incurred** 1/31/2026
**Last 4 digits of account number** 4647

**As of the petition filing date, the claim is:** *Check all that apply.* $11,027.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
Hydra Host Inc.
3824 Cedar Springs Rd Box 801-2463 Dallas
TX 75219 US
Dallas, TX 75219
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $121,494.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
IBC
The Brew Eagle House, 163 City Road, London
EC1V 1NR, UK
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,925.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
Idealab
130 W Union Street
Pasadena, CA 91103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,777.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
Inovo Studios Llc
3716 Winters Hill Drive
Atlanta, GA 30360
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,703.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.33** **Nonpriority creditor's name and mailing address**
Integrated Digital Solutions Inc.
611 Wilshire 9 1027 Blvd
Los Angeles, CA 90017
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $40,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Inveniam Capital Partners, Inc.<br>39500 High Pointe Boulevard, Suite 220<br>Novi, MI 48375<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,037,963.40 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>iXsystems<br>2490 Kruse Dr<br>San Jose, CA 95131<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $9,636.22 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Jacob Willoughby<br>352 E 1500 S<br>Kaysville, UT 84037<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $40,727.62 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Jenna Pangborn<br>4623 Woodland Avenue<br>Royal Oak, MI 48073<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $4,780.33 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Jennifer Johnson<br>146 Osner Dr<br>Atlanta, GA 30342<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $5,836.64 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>Jeremy Wharton<br>2767 Woodspring Forest Drive<br>Kingwood, TX 77345<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $22,245.93 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>John Gleeson<br>4520 Arborvitae Dr<br>Honor, MI 49640<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $64,164.82 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>John Olio<br>9995 E. Bingham Rd<br>Traverse City, MI 49684<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $16,098.71 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.42** **Nonpriority creditor's name and mailing address**
Jon Luetgers
988 Parkview Lane
Victoria, MN 55386
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $38,181.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
July Node
C/O Storj Labs Inc. 1870 The Exchange SE Ste 220, PMB 75268
Atlanta, GA 30339-2171
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $89,365.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
Linkedin Corporation
1000 W Maude Ave, Sunnyvale, CA 94085, USA
Sunnyvale, CA 94085
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,755.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.45** **Nonpriority creditor's name and mailing address**
Literate Computing, LLC
1819 Capers Ave,
Nashville, TN 37212
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $419.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**
Magickly LLP
61 Bridge Street, Kington, Herefordshire, HR5 3DJ
HR5 3DJ
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**
Mark Harvilla
142 S El Molino Avenue, Apt 2
Pasadena, CA 91101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $523,836.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**
Mauve Corporate Systems Singapore Ltd
36 Robinson Road #20-01 City House
Singapore 068877 SG
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $63,128.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.49** **Nonpriority creditor's name and mailing address**
Mauve Malta Ltd.
Tower Gate, Tal-Qroqq Street MSIDA
MSD1703 MT
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $84,863.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

**3.50** **Nonpriority creditor's name and mailing address**
Mauve UK Ltd
Blake House 18 Blake Street York YO1 8QG
GB
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $322,541.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Michal Niewrzal
Os Slaskie 23B/2, Zielona Gora, Lubuskie,
65-547, POL
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,598.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.52** **Nonpriority creditor's name and mailing address**
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.53** **Nonpriority creditor's name and mailing address**
Nia Lee
3751 Chesapeake Ave #323
Los Angeles, CA 90016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $131,178.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**
Nikhil Jain
3016 E Colorado Blvd, #5216
Pasadena, CA 91107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $55,304.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
NPE Ihnatiuk Viktor Vladimirovich
Kaunasska 12/1, Kyiv, Kyiv, 2160, UKR
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $56,431.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.56** **Nonpriority creditor's name and mailing address**
Oktay Technology LLC
301 South State Street N002 Street N002
Newtown, PA 18940
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
Paul Cannon
2016 Colina Cv
Cedar Park, TX 78613
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $14,919.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.58** **Nonpriority creditor's name and mailing address**
Paul Willoughby
1343 W 2175 S
Syracuse, UT 84075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $42,051.74
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
Perkins Coie
1301 Second Ave Ste 4200
Seattle, WA 98101
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $20,876.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
Rafael Antonio Ribeiro Gomes
Rua Monte Alegre 90, Uberaba, Minas Gerais, 38020380, BRA
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,651.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.61** **Nonpriority creditor's name and mailing address**
Ramp Business Corporation
28 West 23rd Street, Floor 2
New York, NY 10010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $129,655.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**
Schwell Wimpfheimer & Associates LLP
37 West 39th Street
New York, NY 10018
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,630.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.63** **Nonpriority creditor's name and mailing address**
Segment.io, Inc.
100 California St101 Spear Street Floor 1 Suite 700
San Francisco, CA 94105-1580
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.64** **Nonpriority creditor's name and mailing address**
Shadow Magic Studios LLC
5 South Charlotte Street, Edinburgh EH2 4AN, United Kingdom
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.65** **Nonpriority creditor's name and mailing address**
Steven Haupt
7127 Warner Rd
Saline, MI 48176
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $18,698.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

**3.66** **Nonpriority creditor's name and mailing address**
Tada Technologies
14 Bukure?ka 11000 Beograd RS
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,688.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.67** **Nonpriority creditor's name and mailing address**
Thomas Delaney
1928 Willeo Creek Pt
Marietta, GA 30068
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $23,532.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**
TIMETOVENTURES LIMITED
82 James Carter Road Mildenhall, Bury St.
Edmunds IP28 7DE UNITED KINGDOM
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $70,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.69** **Nonpriority creditor's name and mailing address**
Trisha Winter
35915 Fredericksburg Rd
Farmington Hills, MI 48331
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $41,183.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
Up and Running Software, Inc.
6200 Prairie Ridge Road
Ames, IA 50014
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,210.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
Utropicmedia, LLC
PO Box 161
Lake Orion, MI 48361
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $46,064.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
Verady, Inc.
75 5th St NW STE 2195
Atlanta, GA 30308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,419.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.73** **Nonpriority creditor's name and mailing address**
White Coral Consulting DMCC
Unit F29, DMC Business Centre Level 13, AG
Tower Dubai AE
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,554.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Storj Labs Inc. Case number (if known) 1:26-bk-62642
Name

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address**<br>Workman Nydegger<br>60 E South Temple, Suite 1000<br>Salt Lake City, UT 84111<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $55,323.08 |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>WorkRamp, Inc.<br>440 N Barranca Ave #3840<br>Covina, CA 91723<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $19,680.00 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | IRS<br>400 North 8th Street, Box 76, M/S Rm 898<br>Richmond, VA 23219 | Line 2.12<br>☐ Not listed. Explain ____ | 1104 |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 4,369,873.67 |
| **5b. Total claims from Part 2** | 5b. + | $ 7,816,466.23 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,186,339.90 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy