**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Christopher R. Arthur, hereby certify that on September 30, 2026, I electronically filed the foregoing Amended Schedules E and F with the Clerk of the Court using the CM/ECF system, which will send notice to all parties participating in the same.

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVa. Bar No. 9192)

and

Gregory D. Ellis
Georgia Bar No. 245310