**IT IS ORDERED as set forth below:**

**Date: October 1, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 26-62642-PWB |
| STORJ LABS, INC., | CHAPTER 11 |
| Debtor. | |

ORDER ALLOWING ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS ORDERED that Christopher R. Arthur be granted permission to enter the Richard B. Russell Federal Building, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia on **October 1, 2026**, and proceed to **Courtroom 1401** with electronic equipment (including portable laptops, cables, and cellular phones) for the hearing in the above-referenced case.

It is **FURTHER ORDERED** that the Clerk shall deliver a copy of this Order to the United States Marshal Service, Northern District of Georgia, Atlanta Division.

**END OF ORDER**

**Distribution List**

Christopher R. Arthur
Spilman Thomas & Battle
300 Kanawha Blvd E
Charleston, WV 25301

Gregory D. Ellis
Lamberth, Cifelli, Ellis & Nason
Ste 290
6000 Lake Forrest Drive, N.W.
Atlanta, GA 30328