**IT IS ORDERED as set forth below:**

**Date: October 5, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER AND NOTICE OF HEARING SCHEDULED OCTOBER 29, 2026 AND OCTOBER 22, 2026 DEADLINE TO FILE OBJECTIONS**

On October 1, 2026, the Court held a status conference where the Debtor Storj Labs, Inc. ("Debtor"), by counsel, requested the Court to schedule hearings on the following:

i. "Emergency Motion to Authorize Final Post-Petition Financing and Use of Cash Collateral", seeking final order on the post-petition financing and use of cash collateral in the amounts of $100,000 and $160,000 [Doc.Nos. 14, 26, and 88];

ii. "First Monthly Application of Spilman Thomas & Battle, PLLC, Attorneys for the Debtor, for Allowance of Compensation for Services and Reimbursement of Expenses During the Period from July 27, 2026 through July 31, 2026", requesting an allowance of fees in the amount of $21,181.50 and reimbursement of expenses in the amount of $358.42 for the month ending July 2026 [Doc. No 117];

iii. "Motion to Retain Funds for Postpetition Retainer for Local Counsel for Debtor", retaining Mr. Gregory Ellis, Esquire of Lamberth, Cifelli, Ellis & Nason, P.a. to serve as local counsel, and request authorization for Lamberth, Cifelli, Ellis & Nason, P.A. to retain $10,000 funds for post-petition retainer as local counsel [Doc. No.180];

iv. "Expedited Motion for Entry of an Order (A) Establishing Bidding and Sale Procedures, (B) Scheduling Final Deadline to Submit Bids, and (C) Approving the Form and Manner of Notice Thereof", moving to establish bidding and sale procedures to sell two assets that it identifies as non-core assets referred to Object Mount and Valdi [Doc. 189].

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Court shall hold (1) a final hearing on Emergency Motion to Authorize Final Post-Petition Financing and Use of Cash Collateral [Doc. Nos. 14, 26, and 88]; (2) First Monthly Application of Spilman Thomas & Battle, PLLC, Attorneys for the Debtor, for Allowance of Compensation for Services and Reimbursement of Expenses During the Period from July 27, 2026 through July 31, 2026 [Doc. No. 117]; (3) Motion to Retain Funds for Postpetition Retainer for Local Counsel for Debtor [Doc. No. 180]; and Expedited Motion for Entry of an Order (A) Establishing Bidding and Sale Procedures, (B) Scheduling Final Deadline to Submit Bids, and (C) Approving the Form and Manner of Notice Thereof [Doc 189] on **October 29, 2026**, at **1:30** p.m., in Courtroom 1401, United States Courthouse 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that any objections must be filed on or before **October 22, 2026** at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline") with the United States Bankruptcy Court for the Northern District of Georgia.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. If you object you must also file a written response to the pleadings with the Clerk at the address stated below before the Objection Deadline and attach a certificate of service stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the Objection Deadline. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail or e-mail a copy of your response

to the counsel to the Debtor, Spilman Thomas & Battle, Christopher R. Arthur, 300 Kanawha Blvd. Charleston, West Virginia 25301, (carthur@spilmanlaw.com).

**IT IS FURTHER ORDERED** that the Debtor's attorney shall appear in person. The Debtor's witness, counsel for parties other than the Debtor or any other parties or witnesses who reside outside of the United States and desire to be heard at the hearing are permitted to appear via the Court's Virtual Hearing Room. A party may join Judge Bonapfel's Virtual Hearing Room through the link on the Court's website located at https://www.ganb.uscourts.gov/dial-and-virtualbankruptcy-hearing-information or the link on Judge Bonapfel's webpage under the tab "Virtual Hearings" which can also be found on the Court's website. Parties and counsel should be prepared to appear at the hearing via video but may leave the camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

**IT IS FURTHER ORDERED** that Debtor's counsel shall promptly serve this Order and Notice on all creditors and parties in interest and shall promptly thereafter file a certificate of service stating when, how and on whom (including addresses) this Order and Notice was served.

**[END OF DOCUMENT]**

**[SIGNATURE AND BLR SERVICE LIST APPEAR ON FOLLOWING PAGE]**

Prepared and presented by:

SPILMAN THOMAS & BATTLE, PLLC
*Counsel for the Debtor*

By: *_/s/ Christopher R. Arthur*
Christopher R. Arthur
Admitted *Pro Hac Vice* (WVSB #9192)
Carthur@splilmanlaw.com
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090

And

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
P: (404) 262-7373, gellis@lcenlaw.com

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Christopher R. Arthur, Spilman Thomas & Battle, PLLC, 300 Kanawa Blvd. E. Charleston, WV 25301