**IT IS ORDERED as set forth below:**

**Date: October 6, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING EMPLOYMENT OF LAMBERTH, CIFELLI, ELLIS & NASON, P.A. AS LOCAL COUNSEL FOR DEBTOR**

` On September 29, 2026 Storj Labs, Inc., in its capacity as Chapter 11 debtor and debtor-in-possession ("Debtor"), filed an application to approve the employment of Lamberth, Cifelli, Ellis & Nason, P.A. ("LCEN") as local counsel for Debtor in this case to assist the Debtor and Debtor's general counsel with legal issues and matters regarding the bankruptcy estate (the "Application"). The Application and accompanying verified statement demonstrate that LCEN is a firm of attorneys qualified to practice in this Court, that LCEN is disinterested and represents no

interest adverse to Debtor or the bankruptcy estate. As this case justifies employment of local counsel for the purposes specified, it is hereby:

**ORDERED** that pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is **GRANTED**: Debtor is authorized to employ LCEN as Debtor's local counsel in this case, subject to the principles set forth in *In re McConnell*, 2021 Bankr.LEXIS 163, 2021 WL 203331 (Bankr. N. D. Ga. 2021). It is further

**ORDERED** that compensation and reimbursement of expenses to LCEN shall be paid only upon notice, hearing, and approval of the Court (under 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016) of an appropriately detailed application. It is further

**ORDERED** that this Order is entered subject to written objection of the U.S. Trustee or any other party in interest within twenty-one (21) days from the date of entry of this Order. In the event any written objections are filed within said period, then a hearing will be held on notice to the objecting party, LCEN, and Debtor.

**[END OF DOCUMENT]**

**[SIGNATURE AND BLR SERVICE LIST APPEAR ON FOLLOWING PAGE]**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Proposed Local Counsel for the Debtor*

By: *_/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
gellis@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328