Western Alliance Bank®

PO Box 26237 • Las Vegas, NV 89126-0237

**Return Service Requested**

Last statement: August 31, 2026
This statement: September 30, 2026
Total days in statement period: 30

STORJ LABS INC
OPERATING ACCOUNT
1201 W PEACHTREE ST NW SUITE 2625
PMB 75268
ATLANTA GA 30309-3499


XXXXXX2757
( 0)

Direct inquiries to:
888 995-2265

Western Alliance Bank
Clientcare@westernalliancebank.com
Westernalliancebank.com

***THANK YOU FOR BANKING WITH US!***

## Analyzed Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX2757 | Beginning balance | $55,604.22 |
| Low balance | $17,876.82 | Total additions | 382,882.88 |
| Average balance | $118,483.14 | Total subtractions | 387,678.30 |
| Avg collected balance | $118,483 | Ending balance | $50,808.80 |

### DEBITS

| Date | | Description | Subtractions |
|---|---|---|---|
| 09-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 NAME CHEAP COM JN<br>LLJM WWW NAMEC AZ XXXXXXXXXXXX9313 08-31-26 | 21.18 |
| 09-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 GITHUB INC<br>GITHUB CO CA XXXXXXXXXXXX9313 08-31-26 | 116.00 |
| 09-01 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 410829 XERO INC<br>XERO COM CO XXXXXXXXXXXX9313 08-31-26 | 90.00 |
| 09-01 | ' | A2A Payment Debit<br>TERMINAL 04170978 MICROSOFT#G1769290<br>21 MSBILL.IN WA XXXXXXXXXXXX9313 09-01-26 11:10 AM | 17.95 |
| 09-01 | ' | ACH Debit<br>Unum Life PAYMENT 260901<br>147005131232233 | 76.60 |
| 09-01 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996RJKVET19KPVA | 37,446.91 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 09-02 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449216 CUSTOMER IO BASIC<br>PLAN CUSTOMER OR XXXXXXXXXXXX9313 09-01-26 | 150.00 |
| 09-02 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 438376 COOKIEBOT<br>KOEBENHAV XX XXXXXXXXXXXX9313 09-01-26 | 34.00 |
| 09-02 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ECM A LEGALZOOM C<br>O LEGALZOOM CA XXXXXXXXXXXX9313 09-01-26 | 79.00 |
| 09-02 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 SINCH MAILGUN<br>MAILGUN C TX XXXXXXXXXXXX9313 09-02-26 | 35.00 |
| 09-02 | ' | ACH Debit<br>Unum Life PAYMENT 260902<br>147275947789244 | 76.60 |
| 09-03 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996HLHLJD19UKYJ | 87,417.70 |
| 09-04 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996XKOYQK19V8RU | 3,871.87 |
| 09-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 NAME CHEAP COM B6<br>CDHE WWW NAMEC AZ XXXXXXXXXXXX9313 09-04-26 | 18.68 |
| 09-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 BILL BILL 26098570<br>050 650 621 7 CA XXXXXXXXXXXX9313 09-05-26 | 253.07 |
| 09-08 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 CONSENSYS SUBSCRIP<br>TION CONSENSYS TX XXXXXXXXXXXX9313 09-05-26 | 50.00 |
| 09-08 | ' | ACH Debit<br>Bill.com Payables DataCamp limited B<br>ill.com 996STNPFN1A5533 Multiple invoices | 1,773.00 |
| 09-09 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 COINMARKETCAPPROAP<br>ISUB COINMARKE DE XXXXXXXXXXXX9313 09-08-26 | 35.00 |
| 09-09 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 410829 NETLIFY<br>NETLIFY C CA XXXXXXXXXXXX9313 09-09-26 | 19.00 |
| 09-09 | ' | A2A Payment Debit<br>TERMINAL 04170978 MICROSOFT#G1837097<br>46 MSBILL.IN WA XXXXXXXXXXXX9313 09-09-26 12:44 PM | 21.43 |
| 09-09 | ' | ACH Debit<br>Bill.com Payables Literate Computing<br>, LLC Bill.com 996DKVROF1A6994 Inv # 1482 | 500.00 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 09-09 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996QICNCC1A6XJ5 | 7,074.80 |
| 09-11 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 479338 Grafana Labs<br>332 37322 DE XXXXXXXXXXXX9313 09-10-26 | 481.02 |
| 09-11 | ' | ACH Debit<br>Bill.com Payables WYWCORP MICHA? NIE<br>WRZA? Bill.com 996LUYRNA1AHYZX Inv 01/08/2026 | 12,916.00 |
| 09-14 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 NAME CHEAP COM SP<br>U2QR WWW NAMEC AZ XXXXXXXXXXXX9313 09-11-26 | 19.18 |
| 09-14 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 438376 COOKIEBOT<br>KOEBENHAV XX XXXXXXXXXXXX9313 09-11-26 | 34.00 |
| 09-14 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 ANTHROPIC CLAUDE<br>TEAM ANTHROPIC CA XXXXXXXXXXXX9313 09-12-26 | 300.00 |
| 09-14 | ' | ACH Debit<br>PAYROLL-BAMBOOHR PAYROLL 260914<br>12961114 | 10,073.19 |
| 09-14 | ' | ACH Debit<br>Bill.com Payables ICON Investment Co<br>nsultants Bill.com 996XKLSAL1APX3C Inv # ICON-Storj-00 | 20,000.00 |
| 09-14 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996JDTTTS1AM64A | 30,477.26 |
| 09-15 | ' | ACH Debit<br>Bill.com Payables Crunchbits LLC B<br>ill.com 996YMCGUJ1AV2XR Multiple invoices | 13,057.00 |
| 09-16 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 444346 BambooHR HRIS<br>866 38795 UT XXXXXXXXXXXX9313 09-15-26 | 331.50 |
| 09-16 | ' | ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996YBOZBN1AZIZQ | 5,699.40 |
| 09-17 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 410829 ATLASSIAN STATUSPA<br>GE WWW ATLAS CA XXXXXXXXXXXX9313 09-16-26 | 29.00 |
| 09-17 | ' | ACH Debit<br>Bill.com Payables Acuity, powered by<br>Sorren Bill.com 996QLERXO1B0DN1 Inv # KIN-10745 | 2,592.00 |
| 09-17 | ' | ACH Debit<br>Bill.com Payables SELLNET LLC B<br>ill.com 996XSNBTG1B0TQP Inv # 003STORJ | 3,214.08 |

| Date | Description | Subtractions |
|---|---|---|
| 09-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 460905 VOLDETA UAB SIMUR<br>GH VILNIUS XX XXXXXXXXXXXX9313 09-18-26 | 129.10 |
| 09-18 | ' EFT Service Charge<br>SVC CHG INTRNTL TRAN | 1.29 |
| 09-22 | ' ACH Debit<br>Bill.com Payables Multiple Payments<br>Bill.com Payables 996OWWKEL1BH9RS | 46,728.22 |
| 09-22 | ' Analysis Results Chg<br>ANALYSIS CHARGES FOR 08/26 | 229.84 |
| 09-23 | ' ACH Debit<br>Bill.com Payables Crunchbits LLC B<br>ill.com 996PFKPPP1BI22Q Multiple invoices | 3,453.28 |
| 09-23 | ' ACH Debit<br>Bill.com Payables 66degrees, LLC B<br>ill.com 996GUUAFZ1BHV1P Multiple invoices | 13,149.49 |
| 09-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424052 WORKMAN NYDEGGER<br>PC HTTPS: W UT XXXXXXXXXXXX9313 09-23-26 | 1,380.00 |
| 09-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424052 WORKMAN NYDEGGER<br>PC HTTPS: W UT XXXXXXXXXXXX9313 09-23-26 | 1,380.00 |
| 09-24 | ' ACH Debit<br>Bill.com Payables 66degrees, LLC B<br>ill.com 996EHAPQB1BM3MW Acct #01E72E-2B39B8-AC5C2C - I | 1,352.40 |
| 09-24 | ' ACH Debit<br>Bill.com Payables WYWCORP MICHA? NIE<br>WRZA? Bill.com 996VDSAEU1BQ31I Inv 01/09/2026 | 12,916.00 |
| 09-25 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 401134 SLACK T027H14DW<br>SLACK COM CA XXXXXXXXXXXX9313 09-24-26 | 162.01 |
| 09-25 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 424052 WORKMAN NYDEGGER<br>PC HTTPS: W UT XXXXXXXXXXXX9313 09-24-26 | 1,255.00 |
| 09-25 | ' ACH Debit<br>Bill.com Payables Lamberth, Cifelli,<br>Ellis & Nason, P.A. Bill.com 996DFBQIJ1BRDNJ Acct #88 | 10,000.00 |
| 09-25 | ' ACH Debit<br>Bill.com Payables ICON Investment Co<br>nsultants Bill.com 996QFTUKB1BUROO Inv # ICON-Storj-00 | 10,000.00 |
| 09-28 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 410829 GITHUB INC<br>GITHUB CO CA XXXXXXXXXXXX9313 09-27-26 | 116.00 |
| 09-29 | ' ACH Debit<br>NEXT INSUR (AP I NEXT INSUR 260929 | 9.38 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 09-29 | ' | ACH Debit<br>PAYROLL-BAMBOOHR PAYROLL 260929<br>12961114 | 9,806.69 |
| 09-29 | ' | ACH Debit<br>CIGNA EDGE TRANS COLLECTION 260929<br>600300970204 | 15,615.06 |
| 09-30 | ' | POS Purchase<br>MERCHANT PURCHASE TERMINAL 410829 XERO INC US INV 4<br>8572 XERO COM CO XXXXXXXXXXXX9313 09-30-26 | 90.00 |
| 09-30 | ' | ACH Debit<br>Bill.com Payables Spilman Thomas & B<br>attle, PLLC Bill.com 996OESNDB1C5BLH Acct #032593.0001 | 3,489.92 |
| 09-30 | ' | ACH Debit<br>Bill.com Payables Crunchbits LLC B<br>ill.com 996MPKFKI1C4MNW Multiple invoices | 18,013.20 |

## CREDITS

| Date | | Description | Additions |
|---|---|---|---|
| 09-01 | ' | ACH Credit<br>STRIPE TRANSFER 260901<br>ST-U1V6J2C6R7H0 | 18.75 |
| 09-01 | ' | ACH Credit<br>STRIPE TRANSFER 260901<br>ST-A3G9M9J0E5I4 | 13.26 |
| 09-01 | ' | ACH Credit<br>STRIPE TRANSFER 260901<br>ST-E7O2U1F0D8O5 | 9.23 |
| 09-02 | ' | ACH Credit<br>VIVINT LLC ACCT REFER 260902<br>260109933160153 | 130,588.65 |
| 09-02 | ' | ACH Credit<br>1303 Systems LLC INV-0252 INV-0252 From 1303<br>Systems LLC Via WISE | 4,697.25 |
| 09-02 | ' | ACH Credit<br>STRIPE TRANSFER 260902<br>ST-J9B3F9B9I7T4 | 108.41 |
| 09-02 | ' | ACH Credit<br>STRIPE TRANSFER 260902<br>ST-F6T9I1M8R4T9 | 47.50 |
| 09-02 | ' | POS Refund<br>MERCHANT REFUND TERMINAL 410829 XERO INC US INV 1<br>6168 DENVER CO XXXXXXXXXXXX9313 08-31-26 12:00 AM | 37.74 |
| 09-02 | ' | ACH Credit<br>STRIPE TRANSFER 260902<br>ST-E5U9S3I6U6N1 | 22.37 |

| Date | Description | Additions |
|---|---|---|
| 09-02 | ' ACH Credit<br>STRIPE TRANSFER 260902<br>ST-N3J4P7C3H9V3 | 16.53 |
| 09-03 | ' ACH Credit<br>STRIPE TRANSFER 260903<br>ST-W5D1N9N2X0V2 | 47.50 |
| 09-03 | ' ACH Credit<br>STRIPE TRANSFER 260903<br>ST-D7O0U2U2E2P1 | 4.48 |
| 09-03 | ' ACH Credit<br>STRIPE TRANSFER 260903<br>ST-B3K8W7I8M8Y9 | 4.42 |
| 09-03 | ' ACH Credit<br>STRIPE TRANSFER 260903<br>ST-A8Q3G7W3F8V6 | 4.40 |
| 09-08 | ' ACH Credit<br>STRIPE TRANSFER 260908<br>ST-Y7J1D7G0U0K6 | 117,179.49 |
| 09-08 | ' ACH Credit<br>STRIPE TRANSFER 260908<br>ST-O0Y1E5U3Q8P2 | 27,511.70 |
| 09-08 | ' ACH Credit<br>STRIPE TRANSFER 260908<br>ST-L8L5F8N4F3E9 | 4,542.27 |
| 09-09 | ' ACH Credit<br>STRIPE TRANSFER 260909<br>ST-C0Z3Y8Y7N0P7 | 378.12 |
| 09-09 | ' ACH Credit<br>STRIPE TRANSFER 260909<br>ST-L5R5M7R4H5U2 | 362.67 |
| 09-09 | ' ACH Credit<br>STRIPE TRANSFER 260909<br>ST-W9X9C7D9K2B4 | 50.96 |
| 09-10 | ' ACH Credit<br>STRIPE TRANSFER 260910<br>ST-R4A0D7L7O5C2 | 4,332.47 |
| 09-10 | ' ACH Credit<br>STRIPE TRANSFER 260910<br>ST-W8K3N0I6X7G6 | 658.30 |
| 09-10 | ' ACH Credit<br>STRIPE TRANSFER 260910<br>ST-N6I7X6K5U5N5 | 13.44 |
| 09-11 | ' ACH Credit<br>STRIPE TRANSFER 260911<br>ST-W5O1L7B4F6Z5 | 152.03 |

| Date | | Description | Additions |
|---|---|---|---|
| 09-11 | ' | ACH Credit<br>STRIPE TRANSFER 260911<br>ST-C0T4O3Z9A3N9 | 30.01 |
| 09-14 | ' | ACH Credit<br>STRIPE TRANSFER 260914<br>ST-X5U4Q2C0M4V8 | 45.66 |
| 09-14 | ' | ACH Credit<br>STRIPE TRANSFER 260914<br>ST-X0Y8J5I9B0V5 | 3.73 |
| 09-15 | ' | ACH Credit<br>STRIPE TRANSFER 260915<br>ST-K2Z4M0A5W2N4 | 9,238.90 |
| 09-15 | ' | ACH Credit<br>STRIPE TRANSFER 260915<br>ST-P2X2O8D7D3N1 | 58.16 |
| 09-16 | ' | ACH Credit<br>STRIPE TRANSFER 260916<br>ST-P9E2C8V6D0B9 | 11,872.00 |
| 09-16 | ' | ACH Credit<br>STRIPE TRANSFER 260916<br>ST-V3C5D2W0X1B5 | 184.90 |
| 09-16 | ' | ACH Credit<br>STRIPE TRANSFER 260916<br>ST-O0K3X7B6Z5V3 | 13.92 |
| 09-17 | ' | Wire Cr-Usd<br>WIRE-IN;ORG-STUDIO NETWORK SOLUTIONS LLC;OBI-NOT PROVI<br>DED;TRN-626007339764 | 1,024.69 |
| 09-17 | ' | ACH Credit<br>STRIPE TRANSFER 260917<br>ST-C6C1T7Y5Q4Z0 | 992.64 |
| 09-17 | ' | ACH Credit<br>STRIPE TRANSFER 260917<br>ST-K4E8U0I6M7O7 | 204.71 |
| 09-17 | ' | ACH Credit<br>STRIPE TRANSFER 260917<br>ST-R5P1E9W4T0M5 | 31.23 |
| 09-18 | ' | ACH Credit<br>ACCRUE SOLUTIONS ACH Pmt Aug 2026 COBRA Rem<br>ittance | 8,561.59 |
| 09-18 | ' | ACH Credit<br>STRIPE TRANSFER 260918<br>ST-J0U2U0K6R7O5 | 12.41 |
| 09-18 | ' | ACH Credit<br>STRIPE TRANSFER 260918<br>ST-W1Q9W9Z5T9O1 | 4.36 |

| Date | Description | Additions |
|---|---|---|
| 09-21 | ' ACH Credit<br>STRIPE TRANSFER 260921<br>ST-P7F5U9F5U7U2 | 125.17 |
| 09-21 | ' ACH Credit<br>STRIPE TRANSFER 260921<br>ST-S1Y0W0H9E5D6 | 17.81 |
| 09-21 | ' ACH Credit<br>STRIPE TRANSFER 260921<br>ST-Q2N1U7V6I8Y1 | 4.45 |
| 09-22 | ' ACH Credit<br>BANCORPSV BANCORPSV WH-ACCRUE-99995-SE<br>TTLE CREDIT | 141.64 |
| 09-22 | ' ACH Credit<br>STRIPE TRANSFER 260922<br>ST-W4O4L6M0R4A7 | 65.43 |
| 09-22 | ' ACH Credit<br>STRIPE TRANSFER 260922<br>ST-Q6J5J0S1X9T6 | 9.07 |
| 09-23 | ' ACH Credit<br>STRIPE TRANSFER 260923<br>ST-P0I5D5X8S0Z8 | 70.45 |
| 09-23 | ' ACH Credit<br>STRIPE TRANSFER 260923<br>ST-G1H0O8D8A1V6 | 41.52 |
| 09-24 | ' Wire Cr-Usd<br>WIRE-IN;ORG-TREATMENT LIMITED USD;OBI-A5374E38-0033;TR<br>N-626707367597 | 54,886.57 |
| 09-24 | ' ACH Credit<br>STRIPE TRANSFER 260924<br>ST-I7K3B0B3S2Y8 | 28.12 |
| 09-24 | ' ACH Credit<br>STRIPE TRANSFER 260924<br>ST-O6D3F3D7D9U8 | 13.54 |
| 09-24 | ' ACH Credit<br>STRIPE TRANSFER 260924<br>ST-I8N6H4I2N3N8 | 8.85 |
| 09-25 | ' ACH Credit<br>STRIPE TRANSFER 260925<br>ST-V2B3M4O1G4P3 | 13.29 |
| 09-25 | ' ACH Credit<br>STRIPE TRANSFER 260925<br>ST-L0T6W6B0E2L1 | 9.41 |
| 09-25 | ' ACH Credit<br>STRIPE TRANSFER 260925<br>ST-N2J1S4V2Q8X2 | 8.96 |

| Date | Description | Additions |
|---|---|---|
| 09-28 | ' Wire Cr-Usd<br>WIRE-IN;ORG-STUDIO NETWORK SOLUTIONS LLC;OBI-NOT PROVI<br>DED;TRN-627107384773 | 1,050.92 |
| 09-28 | ' ACH Credit<br>STRIPE TRANSFER 260928<br>ST-H4O6H1M7T0P0 | 17.67 |
| 09-28 | ' ACH Credit<br>STRIPE TRANSFER 260928<br>ST-Q3C5U3A2B2U9 | 2.49 |
| 09-29 | ' ACH Credit<br>STRIPE TRANSFER 260929<br>ST-Q4H6E1L1F6W3 | 155.58 |
| 09-29 | ' ACH Credit<br>STRIPE TRANSFER 260929<br>ST-O0R4O8I0Z6B4 | 76.74 |
| 09-29 | ' ACH Credit<br>STRIPE TRANSFER 260929<br>ST-T3L0M4Q6F7A2 | 15.10 |
| 09-30 | ' ACH Credit<br>exNimbus, LLC - 0196807 ref num P26081701<br>- 0196807 From exNimbus, LLC Via WISE | 2,125.00 |
| 09-30 | ' ACH Credit<br>STRIPE TRANSFER 260930<br>ST-W4N9Z5Q3B3K4 | 530.73 |
| 09-30 | ' ACH Credit<br>STRIPE TRANSFER 260930<br>ST-K2R3L7A0Q0A7 | 374.26 |
| 09-30 | ' ACH Credit<br>STRIPE TRANSFER 260930<br>ST-U7V4X6M2W9Q4 | 9.26 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 55,604.22 | 09-11 | 193,861.36 | 09-23 | 77,067.97 |
| 09-01 | 17,876.82 | 09-14 | 133,007.12 | 09-24 | 114,976.65 |
| 09-02 | 153,020.67 | 09-15 | 129,247.18 | 09-25 | 93,591.30 |
| 09-03 | 65,663.77 | 09-16 | 135,287.10 | 09-28 | 94,546.38 |
| 09-04 | 61,791.90 | 09-17 | 131,705.29 | 09-29 | 69,362.67 |
| 09-08 | 208,930.61 | 09-18 | 140,153.26 | 09-30 | 50,808.80 |
| 09-09 | 202,072.13 | 09-21 | 140,300.69 | | |
| 09-10 | 207,076.34 | 09-22 | 93,558.77 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $10.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**To Reconcile Your Checking Account:**

1. Subtract from your checkbook balance any service charge, fees, preauthorized automatic payments or transfers, withdrawals (including ATM) which have been deducted on this statement.
2. Compare and check off paid checks against your checkbook record. Note: An * on your statement indicates a break in check sequence.
3. List checks not accounted for in the section marked "Checks Outstanding" and complete the statement of reconciliation.

| CHECKS OUTSTANDING | | | | | | STATEMENT OF RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| Number | Amount | Number | Amount | Number | Amount | Ending balance from this statement | $ |
| | | | | | | ADD deposits made but not shown on this statement | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUB TOTAL | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | |
| TOTAL CHECKS OUTSTANDING | | | | | $ | TOTAL Should agree with your checkbook balance | $ |

If the total does not agree with your checkbook balance, the difference may be located by (1) checking the addition and subtraction in your checkbook record, (2) making sure each check and deposit was entered correctly in your record, (3) reviewing each step in the balancing procedure.

**IMPORTANT INFORMATION ABOUT REVIEWING YOUR STATEMENT**

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. The periodic statement will be considered correct for all purposes and we will not be liable for any payment made and charged to your Account unless you notify us in writing within certain time limits after the statement and checks are made available to you. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement is made available. Also, we will not be liable for any subsequent items paid, in good faith, containing an unauthorized signature or alteration by the same wrongdoer unless you notify us within thirty (30) calendar days after the statement is made available. If you have requested us to hold your Account statements, we have the right to mail your statements if you have not claimed them within thirty (30) calendar days. If we truncate your checks or provide you with an image of your checks, you understand that your original checks will not be returned to you with your statement. You agree that our retention of checks does not alter or waive your responsibility to examine your statements or change the time limits for notifying us of any errors.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS (APPLIES TO CONSUMER ACCOUNTS ONLY)**

Write us at One E Washington Street, Suite 1400, Phoenix, AZ 85004, telephone us at (888) 995-2265 or E-mail us at clientcare@westernalliancebank.com as soon as you think your statement or receipt is wrong or if you need more information about a transfer on this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. In your letter:

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this (or 20 business days for a new account), we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**METHOD USED TO DETERMINE THE BALANCE ON WHICH THE INTEREST CHARGE WILL BE COMPUTED**

**Revolving Lines of Credit**- We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and fees and subtract any unpaid interest charges and any payments or credits. This gives us the daily balance.

**The Annual Percentage Rate and Daily Periodic Rate may vary.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think there is an error on your statement, write to us at: Western Alliance Bank, 2701 E. Camelback Rd. Suite 110, Phoenix, AZ 85016

In your letter, give us the following information:

• *Account information:* Your name and account number.
• *Dollar amount:* The dollar amount of the suspected error.
• *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**NOTICE OF FURNISHING NEGATIVE INFORMATION-**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**DIRECT DEPOSITS-**If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at (888) 995-2265 to find out if the deposit has been made.



Member FDIC

EQUAL HOUSING LENDER