# Balance Sheet

Storj Labs Inc
As of September 30, 2026

| Account | Sep 30, 2026 |
|---|---|
| **Assets** | |
| **Current Assets** | |
| **Cash and Cash Equivalents** | |
| Alliance Bank - Storj Inc MM 8299 | 2.20 |
| Alliance Bank Storj Inc Ckg 2757 | 50,808.80 |
| Bill.com Money Out Clearing | 0.04 |
| **Total Cash and Cash Equivalents** | **50,811.04** |
| Accounts Receivable | 21,505.19 |
| Accounts Receivable Stripe | 641,879.20 |
| Deposits & Prepayments | 175,023.25 |
| Hardware Wallets - ETH - multisig | 4,619.55 |
| Other Receivables | 4,998.36 |
| Prepaid Commissions | 7,125.00 |
| State Income Tax Receivable | 48.00 |
| STORJ Token - cust. deposits | 23,041.65 |
| **Total Current Assets** | **929,051.24** |
| **Fixed Assets** | |
| Computer & Office Equipment | 22,763.78 |
| Less-Accumulated Depreciation: Computer & Office Equipment | (19,283.06) |
| **Total Fixed Assets** | **3,480.72** |
| **Long Term Assets** | |
| Accumulated Amortization: Goodwill Valdi | (939,254.12) |
| Accumulated Amortization: Intangible Assets Pando | (1,277,103.00) |
| Accumulated Amortization: IP | (1,900,000.00) |
| Deferred Tax Asset | 2,803,273.00 |
| Goodwill Valdi | 4,174,462.68 |
| Intangible Assets - Pando | 1,277,103.00 |
| Intellectual Property | 1,900,000.00 |
| Other Non-Current Asset Tax Goodwill | 101,491.00 |
| Tradename - Airleap | 11,366.91 |
| **Total Long Term Assets** | **6,151,339.47** |
| **Total Assets** | **7,083,871.43** |
| **Liabilities and Equity** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Accounts Payable - Post Petition | 161,985.90 |
| Accrued Liabilities | 24,258.39 |
| Customer prepayments - STORJ token | 78,458.91 |
| Debtor In Possession Financing | 100,000.00 |
| Deferred Revenue - Fiat | 194,328.92 |
| Deferred Revenue - Valdi Fiat | 89,413.82 |
| Federal Income Tax Payable | 3,741,537.00 |
| Liabilities Subject to Compromise - Pre-Petition AP | 2,168,413.31 |
| Liabilities Subject to Compromise - Pre-Petition Payroll | 1,100,703.34 |
| Other Liabilities | 141.64 |
| Ramp card | 130,083.13 |
| Sales Tax | (635.27) |
| SNO liability | 474,016.72 |
| State Income Tax Payable | 121,642.00 |
| **Total Current Liabilities** | **8,384,347.81** |
| **Total Liabilities** | **8,384,347.81** |
| **Equity** | |
| Additional Paid in Capital - Inveniam | (1,986,009.08) |
| Additional Paid-in Capital - Common Stock | (2,429,276.53) |
| Additional Paid-in Capital - Stock Options | 7,240,083.21 |
| Additional Paid-In Capital - Stock Options Expired | 3,542.99 |
| Common Stock | 91.19 |
| Current Year Earnings | (6,116,119.19) |
| Retained Earnings | 7,990,045.33 |
| Subscription Income | 558,353.09 |

| | |
|---|---|
| Treasury Stock | (6,561,187.39) |
| **Total Equity** | **(1,300,476.38)** |
| **Total Liabilities and Equity** | **7,083,871.43** |

**[FX]** Exchange rates used to convert foreign currency into USD are shown below. Rates are provided by XE.com unles
**Sep 30, 2026**
1.42448 CAD (Canadian Dollar)
0.882983 EUR (Euro)
0.754414 GBP (British Pound)

ss otherwise stated.