# Income Statement (Profit and Loss)

Storj Labs Inc

For the month ended September 30, 2026

| Account | Sep 2026 |
|---|---|
| **Income** | |
| Customer Referral Revenue | 11,548.80 |
| Object Mount Revenue | 7,117.61 |
| Storj Global Cloud Revenue | 267,113.73 |
| Storj Private Cloud Revenue | 10,041.16 |
| Storj Select Revenue | 156,041.78 |
| Valdi On Demand Revenue | 50.00 |
| Valdi Reserved Revenue | 16,914.76 |
| **Total Income** | **468,827.84** |
| **Cost of Goods Sold** | |
| CGS - Storj Global SNO | 140,000.00 |
| CGS - Storj Select SNO | 90,224.35 |
| CGS - Stripe Fees | 3.24 |
| CGS - Valdi GPU Cost | 65,339.53 |
| **Total Cost of Goods Sold** | **295,567.12** |
| **Gross Profit** | **173,260.72** |
| **Operating Expenses** | |
| Bad Debt Expense | 5,358.69 |
| Commissions | 3,562.50 |
| Conferences / events | 9,266.75 |
| Contractors | 8,714.18 |
| Crypto Realized G/L - operations | 24.57 |
| Employee benefits | 3,149.40 |
| Infrastructure - Non Variable | 64,050.56 |
| Insurance | 9.38 |
| Office Expense | 79.00 |
| Other Expense | 231.13 |
| Partner Revenue Share | 12,816.87 |
| Payment Processor Fees | 2,316.24 |
| Payroll Taxes | 1,393.90 |
| Professional Fees - legal | 56,008.58 |
| Professional Fees - other | 10,000.00 |
| R&D expenses | 570.00 |
| Realized Currency Gains | (66.90) |
| Technology Subscriptions | 11,567.34 |
| Unrealized Currency Gains | (2.33) |
| Wages & Salaries | 162,861.08 |
| **Total Operating Expenses** | **351,910.94** |
| **Operating Income** | **(178,650.22)** |
| **Other Income / (Expense)** | |
| Depreciation & Amortization | (34,996.36) |
| **Total Other Income / (Expense)** | **(34,996.36)** |
| **Net Income** | **(213,646.58)** |