**IT IS ORDERED as set forth below:**

**Date: October 28, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>STORJ LABS, INC.,<br><br>Debtor. | CASE NO. 26-62642-PWB<br><br>CHAPTER 11 |

ORDER ALLOWING ELECTRONIC EQUIPMENT IN THE COURTROOM

IT IS ORDERED that Christopher R. Arthur be granted permission to enter the Richard B. Russell Federal Building, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia on **October 29, 2026**, and proceed to **Courtroom 1401** with electronic equipment (including portable laptops, cables, and cellular phones) for the hearing in the above-referenced case.

It is **FURTHER ORDERED** that the Clerk shall deliver a copy of this Order to the United States Marshal Service, Northern District of Georgia, Atlanta Division.

**END OF ORDER**

**Distribution List**

Service of this Order is satisfied by the Notice of Electronic Filing sent to registered CM/ECF users.