**IT IS ORDERED as set forth below:**

**Date: October 14, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>STORJ LABS INC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 26-62642-PWB<br><br>JUDGE BONAPFEL |

**ORDER OF ADMISSION PRO HAC VICE**

The Court having read the *Application for Admission Pro Hac Vice* filed by Beverly Weiss Manne (on behalf of Michael Ward and Robert Lamb, Collateral Agents) (the "Applicant") in the above-styled case on October 12, 2026 (Docket No. 193) (the "Application"), and it appearing that the Applicant meets the requirements of Bankruptcy Local Rule 9010-2 (N.D.Ga.), it is

**ORDERED** that the Application be, and the same hereby is, **GRANTED**.

The Clerk is directed to serve a copy of this Order on Applicant, designated Local Counsel, Debtor, counsel for Debtor (if any), any Trustee, and U.S. Trustee (if Chapter 7 or Chapter 11).

**[END OF DOCUMENT]**

United States Bankruptcy Court
Northern District of Georgia

In re:
Storj Labs Inc.
Debtor

Case No. 26-62642-pwb
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdf411 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Storj Labs Inc., 1870 The Exchange SE, Ste 220 PMB 75268, Atlanta, GA 30339-2171 |
| aty | + | Bruce Michael Jacobs, 300 Kanawha Boulevard East, Charleston, WV 25301-2512 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Hinderleider | on behalf of U.S. Trustee United States Trustee Alan.Hinderleider@usdoj.gov |
| Beverly Weiss Manne | on behalf of Interested Party Robert Lamb bmanne@tuckerlaw.com |
| Beverly Weiss Manne | on behalf of Interested Party Michael Ward bmanne@tuckerlaw.com |
| Christopher R. Arthur | on behalf of Debtor Storj Labs Inc. carthur@spilmanlaw.com |
| Darryl S. Laddin | on behalf of Interested Party Michael Ward bkrfilings@agg.com darryl.laddin@agg.com;deborah.shallcross@agg.com |
| Darryl S. Laddin | |

| | |
|---|---|
| | on behalf of Interested Party Robert Lamb bkrfilings@agg.com darryl.laddin@agg.com;deborah.shallcross@agg.com |
| Gregory D. Ellis | on behalf of Debtor Storj Labs Inc. gellis@lcenlaw.com gellis@lcenlaw.com;jkortman@lcenlaw.com |
| Gregory D. Ellis | gellis@lcenlaw.com |
| James Haney | on behalf of Creditor Mauve jhaney@wongfleming.com sfiorentino@wongfleming.com |
| Judith K. Fitzgerald | on behalf of Interested Party Robert Lamb jfitzgerald@tuckerlaw.com |
| Judith K. Fitzgerald | on behalf of Interested Party Michael Ward jfitzgerald@tuckerlaw.com |
| Nicolette J. Zulli | on behalf of Creditor VIVINT LLC njzulli@duanemorris.com ENavarro@duanemorris.com;anieto@duanemorris.com |

TOTAL: 12