**IT IS ORDERED as set forth below:**

**Date: November 5, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING PAYMENT OF POSTPETITION RETAINER**

Storj Labs Inc., Chapter 11 debtor and debtor-in-possession in the above-captioned case (the "**Debtor**") filed on September 29, 2026 [Doc.180] a *Motion to Approve Payment of Postpetition Retainer* (the "**Motion**") seeking approval of a $10,000 payment to be held as a retainer (the "**Retaine**r") for Debtor's local counsel, Lamberth, Cifelli, Ellis & Nason, P.A.

On October 6, 2026, the Court entered an *Order and Notice of Hearing* (Doc No. 190") on the Motion scheduling a hearing on the Motion for October 29, 2026 (the "Hearing") and an October 22, 2026, objection deadline.

No objections were filed to the Motion. Present at the Hearing was Alan Hinderleider, representing the Office of the United States Trustee, as well as creditors and parties in interest appearing through zoom, including Judith Fitzgeral representing Michael Ward and Robert Lamb in their capacity as Collateral Agents for certain liens on shares of the Debtor. No creditor or party in interest objected to the Motion at the Hearing after the Court afforded an opportunity to do so. The Court having reviewed the Motion and there being no objection thereto finds that payment of the Retainer is appropriate under the facts and circumstances of this case.

Accordingly, it is hereby

ORDERED that the Motion is **GRANTED;** and it is further

ORDERED that compensation and expenses from the Retainer only may be paid pursuant to an application filed and approved by this Court pursuant to 11 U.S.C. §§ 330, 331 and Federal Rule of Bankruptcy Procedure 2016, unless the Court orders otherwise.

**### END OF ORDER ###**

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Local Counsel for Storj Labs, Inc.*

By: *<u>/s/ Gregory D. Ellis</u>*
Gregory D. Ellis
Georgia Bar No. 245310
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
gellis@lcenlaw.com
(404) 262-7373

[SIGNATURES AND BLR LIST CONTINUED ON FOLLOWING PAGE]

No opposition:

ACTING UNITED STATES TRUSTEE
REGION 21

___
__/s/ *Alan Hinderleider*

ALAN HINDERLEIDER
Trial Attorney
Georgia Bar No. 938543
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., SW
Atlanta, Georgia 30303
Tel: (404) 331-4464
E-mail: Alan.Hinderleider@usdoj.gov

**Identification of parties to be served:**

Gregory D. Ellis, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328