**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Storj Labs Inc., (the "Debtor"), debtor and debtor in possession in the above-captioned Chapter 11 case, has filed *Debtor Storj Labs Inc.'s Motion for Entry of (1) an Order Approving Bidding Procedures for the Sale of Debtor's Object Storage Business, (B) Approving the Form and Manner of Notice of the Sale, Auction and Sale Hearing, and (C) Scheduling an Auction and Sale Hearing to Approve the Sale; and (2) an Order Authorizing the Sale Free and Clear of Liens, Claims, Interests and Encumbrances* with the Court seeking an order approving bid procedures and scheduling auction to sell asset free and clear of liens in this case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **10:00 a.m.** on **December 3, 2026**, in **Courtroom 1401**, United State Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303, which must be attended in person, unless the Court orders otherwise.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the

pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below. If an objection or response is timely filed and served, the hearing will proceed as scheduled.

Dated: November 6, 2026

Respectfully Submitted

*/s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
(404) 262-7373 *(Phone)*
gellis@lcenlaw.com

and

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
Admitted *pro hac vice*
Spilman Thomas & Battle, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com

***Counsel for Storj Labs Inc., Debtor-in possession***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on November 6, 2026, caused a copy of the *Debtor Storj Labs Motion for Entry of (1) an Order Approving Bidding Procedures for the Sale of Debtor's Object Storage Business, (B) Approving the Form and Manner of Notice of the Sale, Auction and Sale Hearing, and (C) Scheduling an Auction and Sale Hearing to Approve the Sale; and (2) an Order Authorizing the Sale Free and Clear of Liens, Claims, Interests and Encumbrances* to be served via electronic mail on the following parties set forth below at the addresses shown:

jfitzgerald_tuckerlaw.com <jfitzgerald@tuckerlaw.com>;
Beth Harrill <Beth_Harrill@ganb.uscourts.gov>;
Martin Sheehan <Martin@Msheehanlaw.net>;
Bruce M. Jacobs <BJacobs@spilmanlaw.com>;
selliott@lewisgianola.com <selliott@lewisgianola.com>;
bmanne_tuckerlaw.com <BMANNE@TUCKERLAW.COM>;
McCartney, Lauren <lmccartney@tuckerlaw.com>;
mthomas_tuckerlaw.com <mthomas@tuckerlaw.com>;
rfranks@cdkrlaw.com <rfranks@cdkrlaw.com>;
kpallen@duanemorris.com<kpallen@duanemorris.com>
Alan Hinderleider <alan.hinderleider@usdoj.gov>;
darryl.laddin_agg.com <Darryl.Laddin@AGG.com>;
Ellis, Andrew H. <andrew.ellis@agg.com>;
Sheehan Paralegal <paralegal@Msheehanlaw.net>;
Gregory Ellis <gellis@lcenlaw.com>

I further certify that on this day I caused a copy of the Motion to be served via United States First Class Mail, with adequate postage prepaid, on the following parties set forth below:

Kevin P Allen
Duane Morris LLP
625 Liberty Avenue Suite 1000
Pittsburgh, PA 15222-3112

George A. R. Balchunas
1500 One PPG Place
Pittsburgh, PA 15222

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900 Dallas,
TX 75201

Mark Harvilla
142 S El Molino Ave., Apt 2
Pasadena, CA 91101

Steven D. Haupt
7127 Warner Rd.
Saline, MI 48176

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Nikhil Jaion
3016 E. Colorado Blvd. #5216
Pasadena, CA 91107

Jennifer Johnson
146 Osner Dr.
Atlanta, GA 30342

Helen Emmi Karin
5052 N Sandres Rd
Tucson, AZ 85743

Darrly S. Laddin, Esquire
Arnall Golden Gregory LLP
17117th Street NW
Suite 2100

Atlanta, Georgia 30363

Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003 18

Dominick Marino
15941 E. Sunflower DR.
Fountain Hills, AZ 85268

Lauren Hutchins McCartney
Tucker Arensberg, P.C.
United Center 500 Virginia Street East Ste 1050
Charleston, WV 25301

Damein Morgan
2896 E Christopher Dr
Fresno, CA 93720

Goran Mrkonjic
Bukereska 14
1100 Beograd
Serbia

Robert L Nistendirk
Woomer, Nistendirk & Associates, PLLC
231 Capitol Street Ste 400
Charleston, WV 25301

Kimberly Pashel
746 Hillmont Ave.
Decatur, GA 30030

David R. Pogue
Carey Douglas Kessler & Ruby PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301

Christopher Rocco
610 N. Wagner Rd
Ann Arbor, MI 48103

Martin P. Sheehan
Sheehan & Associates, P.L.L.C. 19
1140 Main St., Ste 333 Wheeling, WV 26003

Donald Shott, Jr.
2568 S Park St.
Salt Lake City, Utah 84106

Andrea Steinke
3063 Quartz Hill Rd
Redding, CA 967003

Maribeth Thomas
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Vicari
125 Ocean Pkwy
Apt 3F
Brooklyn, NY 11218

Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345

Trisha Winter
35915 Fredericksburg Rd.
Farmington Hills, MI 48331

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
Admitted *Pro Hac Vice*