**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DECLARATION AND CERTIFICATION OF NO OBJECTION**

I, Christopher R. Arthur, declare under penalty of perjury:

1. I am an attorney in the Charleston office of Spilman Thomas & Battle PLLC.

2. I have read the July Monthly Fee Application of Spilman Thomas & Battle PLLC for Interim Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from July 26, 2026 through July 31, 2026 ("Application"). Doc. No. 117.

3. In addition, I have reviewed the United States Bankruptcy Court for the Northern District of Georgia Local Rules (the "Local Rules"), and assert that this Application complies with the Local Rules and with the Guidelines for Reviewing Applications for Compensation Filed Under 11 U.S.C. § 330, effective May 17, 1996 (the "Guidelines").

4. I also have reviewed the case of *In re: McConnell*, Case No. 19-67128-pwb (Bankr. N.D. Ga. 2019) to ensure the application complies with this Court's directive.

5. I represented the United States' interests in all bankruptcy related matters as Assistant United States Attorney in the Southern District of West Virginia from June 2022 through May 2026. That representation included handling more than twenty-five adversarial proceedings, responding to objections to the United States' proof of claims in Chapter 13 and 11s, and responding to preference actions.

6. Prior to my service as an Assistant United States Attorney, I appeared in bankruptcy court more than 1,000 matters representing creditors, debtors, and the Chapter 7 Trustee in bankruptcy courts in Kentucky, Pennsylvania, Utah, Virginia, and West Virginia.

7. Based on my experience and the complexity of this case, I assert that the application complies with the six specific considerations set forth in section 330 subparagraphs (A) through (F).

8. I further certify as follows:

a. No objections were filed to the Application for payment of attorney fees and expenses;

b. Debtor has filed all monthly operating reports then due or otherwise filed all monthly operating reports owing as of the date of this Certification;

c. The United States Trustee has not advised the Debtor of any deficiencies with respect to any filed monthly operating reports or, if deficiencies have been noted, the Debtor has corrected any such deficiencies; and

d. The Debtor has reviewed the invoice with his attorneys and has advised Applicant that he believes that the requested fees and expenses are reasonable and appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 19, 2026

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on November 19, 2026, caused a copy of the *Declaration and Certification of No Objection* to be served via electronic mail on the following parties set forth below at the addresses shown:

jfitzgerald_tuckerlaw.com <jfitzgerald@tuckerlaw.com>;
Beth Harrill <Beth_Harrill@ganb.uscourts.gov>;
Martin Sheehan <Martin@Msheehanlaw.net>;
Bruce M. Jacobs <BJacobs@spilmanlaw.com>;
selliott@lewisgianola.com <selliott@lewisgianola.com>;
bmanne_tuckerlaw.com <BMANNE@TUCKERLAW.COM>;
McCartney, Lauren <lmccartney@tuckerlaw.com>;
mthomas_tuckerlaw.com <mthomas@tuckerlaw.com>;
rfranks@cdkrlaw.com <rfranks@cdkrlaw.com>;
kpallen@duanemorris.com<kpallen@duanemorris.com
Alan Hinderleider <alan.hinderleider@usdoj.gov>;
darryl.laddin_agg.com <Darryl.Laddin@AGG.com>;
Ellis, Andrew H. <andrew.ellis@agg.com>;
Sheehan Paralegal <paralegal@Msheehanlaw.net>;
Gregory Ellis <gellis@lcenlaw.com>

I further certify that on this day I caused a copy of a copy of said Declaration to be served via United States First Class Mail, with adequate postage prepaid, on the following parties set forth below:

Kevin P Allen
Duane Morris LLP
625 Liberty Avenue Suite 1000
Pittsburgh, PA 15222-3112

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900 Dallas,
TX 75201

Mark Harvilla
142 S El Molino Ave., Apt 2
Pasadena, CA 91101

Steven D. Haupt
7127 Warner Rd.
Saline, MI 48176

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Nikhil Jaion
3016 E. Colorado Blvd. #5216
Pasadena, CA 91107

Jennifer Johnson
146 Osner Dr.
Atlanta, GA 30342

Helen Emmi Karin
5052 N Sandres Rd
Tucson, AZ 85743

Darrly S. Laddin, Esquire
Arnall Golden Gregory LLP
17117th Street NW
Suite 2100
Atlanta, Georgia 30363

Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003 18
Dominick Marino
15941 E. Sunflower DR.
Fountain Hills, AZ 85268

Damein Morgan
2896 E Christopher Dr
Fresno, CA 93720

Goran Mrkonjic
Bukereska 14
1100 Beograd
Serbia

Kimberly Pashel
746 Hillmont Ave.
Decatur, GA 30030

Christopher Rocco
610 N. Wagner Rd
Ann Arbor, MI 48103

Donald Shott, Jr.
2568 S Park St.
Salt Lake City, Utah 84106

Andrea Steinke
3063 Quartz Hill Rd
Redding, CA 967003
Maribeth Thomas
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Vicari
125 Ocean Pkwy
Apt 3F
Brooklyn, NY 11218

Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345

Trisha Winter
35915 Fredericksburg Rd.
Farmington Hills, MI 48331

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
Admitted *Pro Hac Vice*