**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |

**DEBTOR STORJ LABS INC.'S NOTICE OF SALE OF TWO NON CORE ASSETS IDENTIFIED AS OBJECT MOUNT AND VALDI**

Pursuant to "Agreed Order Resolving Objections and Granting Motion for Entry of an Order Establishing Bidding and Sale Procedures, (B) Scheduling Final Deadline to Submit Bids, and (C) Approving the Form and Manner of Notice Thereof" (Doc. No. 206), the Debtor Storj Labs Inc., debtor and debtor in possession, ("Debtor"), by and through counsel, notifies the Court that the assets identified as Object Mount sold to the highest qualified bidder Starfish Storage Corporation ("Starfish"), a Massachusetts corporation at the auction held on November 20, 2026. Prior to the auction, the Debtor selected the top three bidders and the auction was held on the 20th with Starfish being the highest bidder. The second asset identified as Valdi.ai sold to the highest qualified bidder, Axle AI, Inc., a Delaware C Cop. No auction occurred as Axle was the only entity that submitted a bid.

Dated November 20, 2026

Respectfully Submitted,

STORJ LABS, INC.

By: *<u>/s/ Christopher R. Arthur</u>*

Christopher R. Arthur (WVSB #9192)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com
***Counsel for Storj, Debtor-in possession***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have on November 20, 2026, caused a copy of the *Notice of Debtor Storj Labs Inc.'s Sale of Two Noncore Assets Identified as Object Mount and Valdi* to be served via electronic mail on the following parties set forth below at the addresses shown:

jfitzgerald_tuckerlaw.com <jfitzgerald@tuckerlaw.com>;

Beth Harrill <Beth_Harrill@ganb.uscourts.gov>;

bmanne_tuckerlaw.com <BMANNE@TUCKERLAW.COM>;

McCartney, Lauren <lmccartney@tuckerlaw.com>;

mthomas_tuckerlaw.com <mthomas@tuckerlaw.com>;

rfranks@cdkrlaw.com <rfranks@cdkrlaw.com>;

kpallen@duanemorris.com<kpallen@duanemorris.com>
Alan Hinderleider <alan.hinderleider@usdoj.gov>;

darryl.laddin_agg.com <Darryl.Laddin@AGG.com>;

Ellis, Andrew H. <andrew.ellis@agg.com>;

Sheehan Paralegal <paralegal@Msheehanlaw.net>;

Gregory Ellis <gellis@lcenlaw.com>

I further certify that on this day I caused a copy of the Motion to be served via United States First Class Mail, with adequate postage prepaid, on the following parties set forth below:

Kevin P Allen
Duane Morris LLP
625 Liberty Avenue Suite 1000
Pittsburgh, PA 15222-3112

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900 Dallas,
TX 75201

Mark Harvilla
142 S El Molino Ave., Apt 2
Pasadena, CA 91101

Steven D. Haupt
7127 Warner Rd.
Saline, MI 48176

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Nikhil Jaion
3016 E. Colorado Blvd. #5216
Pasadena, CA 91107

Jennifer Johnson
146 Osner Dr.
Atlanta, GA 30342

Helen Emmi Karin
5052 N Sandres Rd
Tucson, AZ 85743

Darrly S. Laddin, Esquire
Arnall Golden Gregory LLP
17117th Street NW
Suite 2100
Atlanta, Georgia 30363

Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003 18

Dominick Marino
15941 E. Sunflower DR.
Fountain Hills, AZ 85268

Damein Morgan
2896 E Christopher Dr
Fresno, CA 93720

Goran Mrkonjic
Bukereska 14
1100 Beograd
Serbia

Kimberly Pashel
746 Hillmont Ave.
Decatur, GA 30030

David R. Pogue
Carey Douglas Kessler & Ruby PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301

Christopher Rocco
610 N. Wagner Rd
Ann Arbor, MI 48103

Donald Shott, Jr.
2568 S Park St.
Salt Lake City, Utah 84106

Andrea Steinke
3063 Quartz Hill Rd
Redding, CA 967003

Maribeth Thomas
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Vicari
125 Ocean Pkwy
Apt 3F
Brooklyn, NY 11218

Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345

Trisha Winter
35915 Fredericksburg Rd.
Farmington Hills, MI 48331

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
Admitted *Pro Hac Vice*