**IT IS ORDERED as set forth below:**

**Date: November 23, 2026**

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**ORDER APPROVING FIRST MONTHLY APPLICATION OF SPILMAN THOMAS & BATTLE, PLLC, ATTORNEYS FOR THE DEBTOR**

On September 2026, the law firm of Spilman Thomas &Battle, PLLC ("Applicant") filed "First Monthly Application of Spilman Thomas & Battle, PLLC, Attorneys for the Debtor, for Allowance of Compensation for Services and Reimbursement of Expenses During the Period from July 27, 2026 through July 31, 2026", requesting an allowance of fees in the amount of $21,181.50 and reimbursement of expenses in the amount of $358.42 for the month ending July 2026" ("Application"). Doc. No. 117.

On October 5, 2026, the Debtor noticed the Application for a hearing on October 29, 2026. Doc. No. The notice further provided that any objections must be filed on or before October 22, 2026. *Id.*

Applicant certified that no party objected to the Application by filing "Declaration and Certification of No Objection". Doc. No. 209.

Applicant further certified that, to the best of Applicant's knowledge and belief,

a. the Debtor has filed all monthly operating reports then due or otherwise filed all monthly operating reports owing as of the date of this Certification;

b. the United States Trustee has not advised the Debtor of any deficiencies with respect to any filed monthly operating reports or, if deficiencies have been noted, the Debtor has corrected any such deficiencies;

c. the Debtor has reviewed the invoice with his attorneys and has advised Applicant that he believes that the requested fees and expenses are reasonable and appropriate.

*Id.*

On October 6, 2026, notice was served on all parties of interest setting a hearing on the Application for October 29, 2026. Doc. No. 190.

On October 29, 2026, the Court confirmed that no one objected to the Application and provided any party attending the hearing an opportunity to object which no one objected.

**THEREFORE,** based on the pleadings, representations of counsel, declaration and certification filed by Debtor's counsel, no objections being asserted, and good cause found, **it is ORDERED that** Debtor is authorized to pay the fees of Twenty-One Thousand One Hundred Eighty-One Dollars and Fifty Cents ($21,181.50) and expenses of Three Hundred Fifty-Eight

Dollars and Forty-Two Cents ($358.42) submitted by Applicant in its Monthly Fee Statement, which fees and expenses total Twenty-One Thousand Five Hundred Thirty-Nine Dollars and Ninety Cents ($21,539.90).

**IT IS FURTHER ORDERED** that Debtor is directed, within three (3) business days of the entry of this Order, to serve a copy of this Order upon the creditors and parties-in-interest in this case.

Prepared and presented by:

SPILMAN THOMAS & BATTLE PLLC

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
*Admitted pro hac vice*
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com

-and-

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Local Counsel for Storj Labs, Inc.*

By: */s/ Gregory D. Ellis*
Gregory D. Ellis
Georgia Bar No. 245310
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
gellis@lcenlaw.com
(404) 262-7373
***Counsel for Storj, Debtor-in possession***