**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE**
**CHAPTER 11 PLAN BY NINETY (90) DAYS**

Storj Labs, Inc. (the "Debtor"), as debtor and debtor in possession, hereby moves this Court for entry of an order extending the deadline to file a Chapter 11 Plan by an additional ninety (90) days. In support of this Motion, the Debtor states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157.
2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).
3. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.
4. The statutory and procedural bases for the requested relief include 11 U.S.C. § 1121(d) and Federal Rule of Bankruptcy Procedure 9006(b), as applicable.

**BACKGROUND**

5. On July 26, 2026, the Debtor commenced this Chapter 11 bankruptcy case by filing a voluntary petition for relief.
6. The case was originally commenced in the United States Bankruptcy Court for the Northern District of West Virginia under Case No. 5:26-bk-00512 and subsequently transferred to this District.
7. The Debtor continues to pursue restructuring efforts through this Chapter 11 proceeding.

## BASIS FOR REQUESTED EXTENSION

9. The Debtor respectfully requests an additional ninety (90) days to prepare, negotiate, and file a Chapter 11 Plan.

10. Good cause exists for the requested extension because the Debtor has consumed a great deal of effort and time to address issues raised by the Internal Revenue Service's amended proof of claim. Additionally, the Debtor has worked diligently to sell certain assets, including the two assets sold on November 20, 2026.

11. Additional time is necessary to permit the Debtor to evaluate its financial position, assess available restructuring alternatives, and develop a comprehensive and feasible Chapter 11 Plan.

12. The requested extension will provide the Debtor with an opportunity to continue discussions with creditors, especially the Internal Revenue Service, and other parties in interest concerning the treatment of claims and interests under a proposed plan.

13. The Debtor believes that granting the requested extension will facilitate an orderly restructuring process and promote the interests of the bankruptcy estate and its creditors.

14. The requested extension is limited to ninety (90) days and is not intended to cause unnecessary delay or prejudice any party in interest.

15. The Debtor seeks this extension in good faith and for the purpose of facilitating the development and filing of a viable Chapter 11 Plan.

## STATUTORY AUTHORITY

16. Section 1121(d)(1) of the Bankruptcy Code provides that, upon request of a party in interest made within the applicable statutory periods and after notice and a hearing, the Court may extend the periods established under Section 1121(b) and (c) for cause.

17. The Debtor respectfully submits that the circumstances described herein support the requested ninety-day extension.

18. To the extent applicable, the Debtor requests that the Court extend the applicable exclusivity periods pursuant to Section 1121(d), subject to the statutory requirements and limitations.

**NOTICE**

19. Notice of this Motion has been provided in accordance with Bankruptcy Rule 2002, and BLR 6004-1 to: (a) the Office of the United States Trustee for Region 21; (b) all parties in interest; (c) the Internal Revenue Service and applicable state and local taxing authorities; (d); all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.

20. The Debtor submits that the requested relief is appropriately considered upon notice and an opportunity for parties in interest to respond.

**CONCLUSION AND REQUEST FOR RELIEF**

WHEREFORE, the Debtor respectfully requests that the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated: November 25, 2026

Respectfully Submitted

*/s/ Christopher R. Arthur*

Christopher R. Arthur (WVSB #9192)
Admitted *pro hac vice*
Spilman Thomas & Battle, PLLC
300 Kanawha Blvd. E.
Charleston, WV 25301
(304) 720-4090 *(Phone)*
carthur@spilmanlaw.com

and

Gregory D. Ellis
Georgia Bar No. 245310
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, N.W., Ste. 290
Atlanta, GA 30328
(404) 262-7373 *(Phone)*
gellis@lcenlaw.com

***Counsel for Storj Labs Inc., Debtor-in possession***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In RE:** | ) | |
| | ) | |
| **STORJ LABS INC.,** | ) | **Case No. 26-62642-PWB** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that I have on November 25, 2026, caused a copy of the **Debtor's Motion for Extension of Time to File Chapter 11 Plan By Ninety (90) Days** to be served via electronic mail on the following parties set forth below at the addresses shown:

jfitzgerald_tuckerlaw.com <jfitzgerald@tuckerlaw.com>;

Beth Harrill <Beth_Harrill@ganb.uscourts.gov>;

Martin Sheehan <Martin@Msheehanlaw.net>;

Bruce M. Jacobs <BJacobs@spilmanlaw.com>;

selliott@lewisgianola.com <selliott@lewisgianola.com>;

bmanne_tuckerlaw.com <BMANNE@TUCKERLAW.COM>;

McCartney, Lauren <lmccartney@tuckerlaw.com>;

mthomas_tuckerlaw.com <mthomas@tuckerlaw.com>;

rfranks@cdkrlaw.com <rfranks@cdkrlaw.com>;

kpallen@duanemorris.com<kpallen@duanemorris.com>
Alan Hinderleider <alan.hinderleider@usdoj.gov>;

darryl.laddin_agg.com <Darryl.Laddin@AGG.com>;

Ellis, Andrew H. <andrew.ellis@agg.com>;

Sheehan Paralegal <paralegal@Msheehanlaw.net>;

Gregory Ellis <gellis@lcenlaw.com>

I further certify that on this day I caused a copy of the above referenced document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties set forth below:

Kevin P Allen
Duane Morris LLP
625 Liberty Avenue Suite 1000
Pittsburgh, PA 15222-3112

George A. R. Balchunas
1500 One PPG Place
Pittsburgh, PA 15222

James H. Billingsley
Duane Morris LLP
200 Crescent Court, Suite 900 Dallas,
TX 75201

Mark Harvilla
142 S El Molino Ave., Apt 2
Pasadena, CA 91101

Steven D. Haupt
7127 Warner Rd.
Saline, MI 48176

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Nikhil Jaion
3016 E. Colorado Blvd. #5216
Pasadena, CA 91107

Jennifer Johnson
146 Osner Dr.
Atlanta, GA 30342

Helen Emmi Karin
5052 N Sandres Rd
Tucson, AZ 85743

Darrly S. Laddin, Esquire
Arnall Golden Gregory LLP

17117th Street NW
Suite 2100
Atlanta, Georgia 30363

Bryan Mangelson
1133 N 1190 E
American Fork, UT 84003 18

Dominick Marino
15941 E. Sunflower DR.
Fountain Hills, AZ 85268

Lauren Hutchins McCartney
Tucker Arensberg, P.C.
United Center 500 Virginia Street East Ste 1050
Charleston, WV 25301

Damein Morgan
2896 E Christopher Dr
Fresno, CA 93720

Goran Mrkonjic
Bukereska 14
1100 Beograd
Serbia

Robert L Nistendirk
Woomer, Nistendirk & Associates, PLLC
231 Capitol Street Ste 400
Charleston, WV 25301

Kimberly Pashel
746 Hillmont Ave.
Decatur, GA 30030

David R. Pogue
Carey Douglas Kessler & Ruby PLLC
707 Virginia Street East, Suite 901
Charleston, WV 25301

Christopher Rocco
610 N. Wagner Rd
Ann Arbor, MI 48103

Donald Shott, Jr.
2568 S Park St.
Salt Lake City, Utah 84106

Andrea Steinke
3063 Quartz Hill Rd
Redding, CA 967003

Maribeth Thomas
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Matthew Vicari
125 Ocean Pkwy
Apt 3F
Brooklyn, NY 11218

Jeremy Wharton
2767 Woodspring Forest Drive
Kingwood, TX 77345

Trisha Winter
35915 Fredericksburg Rd.
Farmington Hills, MI 48331

*/s/ Christopher R. Arthur*
Christopher R. Arthur (WVSB #9192)
Admitted *Pro Hac Vice*