| Account Number | Account Type | Post Date | Amount | Calculated Balance |
|---|---|---|---|---|
| ######2757 | Checking | 10/30/2026 | $4.45 | $221497.71 |
| ######2757 | Checking | 10/30/2026 | $151.22 | $221493.26 |
| ######2757 | Checking | 10/29/2026 | ($9806.68) | $221342.04 |
| ######2757 | Checking | 10/29/2026 | ($5100.00) | $231148.72 |
| ######2757 | Checking | 10/29/2026 | ($1547.00) | $236248.72 |
| ######2757 | Checking | 10/29/2026 | $13.55 | $237795.72 |
| ######2757 | Checking | 10/28/2026 | ($1000.00) | $237782.17 |
| ######2757 | Checking | 10/28/2026 | ($112.00) | $238782.17 |
| ######2757 | Checking | 10/28/2026 | $8.96 | $238894.17 |
| ######2757 | Checking | 10/28/2026 | $82.58 | $238885.21 |
| ######2757 | Checking | 10/28/2026 | $536.89 | $238802.63 |
| ######2757 | Checking | 10/27/2026 | ($10000.00) | $238265.74 |
| ######2757 | Checking | 10/27/2026 | ($2116.53) | $248265.74 |
| ######2757 | Checking | 10/27/2026 | ($2022.73) | $250382.27 |
| ######2757 | Checking | 10/27/2026 | ($1602.77) | $252405.00 |
| ######2757 | Checking | 10/27/2026 | $4.42 | $254007.77 |
| ######2757 | Checking | 10/27/2026 | $4.48 | $254003.35 |
| ######2757 | Checking | 10/27/2026 | $8.90 | $253998.87 |
| ######2757 | Checking | 10/26/2026 | ($12915.20) | $253989.97 |
| ######2757 | Checking | 10/26/2026 | ($974.40) | $266905.17 |
| ######2757 | Checking | 10/26/2026 | ($163.72) | $267879.57 |
| ######2757 | Checking | 10/26/2026 | ($17.64) | $268043.29 |
| ######2757 | Checking | 10/26/2026 | ($298.00) | $268060.93 |
| ######2757 | Checking | 10/26/2026 | ($96.56) | $268358.93 |
| ######2757 | Checking | 10/26/2026 | $4.13 | $268455.49 |
| ######2757 | Checking | 10/26/2026 | $14.17 | $268451.36 |
| ######2757 | Checking | 10/23/2026 | ($40.35) | $268437.19 |
| ######2757 | Checking | 10/23/2026 | $4.52 | $268477.54 |
| ######2757 | Checking | 10/23/2026 | $69.01 | $268473.02 |
| ######2757 | Checking | 10/22/2026 | ($3993.28) | $268404.01 |
| ######2757 | Checking | 10/22/2026 | $4.49 | $272397.29 |
| ######2757 | Checking | 10/22/2026 | $8.55 | $272392.80 |
| ######2757 | Checking | 10/21/2026 | ($205.15) | $272384.25 |
| ######2757 | Checking | 10/21/2026 | ($22134.00) | $272589.40 |
| ######2757 | Checking | 10/21/2026 | $42.23 | $294723.40 |
| ######2757 | Checking | 10/21/2026 | $149.59 | $294681.17 |
| ######2757 | Checking | 10/21/2026 | $891.32 | $294531.58 |
| ######2757 | Checking | 10/20/2026 | ($15615.06) | $293640.26 |

| | | | | |
|---|---|---|---|---|
| ######2757 | Checking | 10/20/2026 | $9.41 | $309255.32 |
| ######2757 | Checking | 10/20/2026 | $60.85 | $309245.91 |
| ######2757 | Checking | 10/20/2026 | $9246.16 | $309185.06 |
| ######2757 | Checking | 10/19/2026 | ($29.00) | $299938.90 |
| ######2757 | Checking | 10/19/2026 | $4.04 | $299967.90 |
| ######2757 | Checking | 10/19/2026 | $4.24 | $299963.86 |
| ######2757 | Checking | 10/19/2026 | $602.51 | $299959.62 |
| ######2757 | Checking | 10/19/2026 | $1020.06 | $299357.11 |
| ######2757 | Checking | 10/19/2026 | $8561.59 | $298337.05 |
| ######2757 | Checking | 10/16/2026 | ($1.81) | $289775.46 |
| ######2757 | Checking | 10/16/2026 | ($14183.00) | $289777.27 |
| ######2757 | Checking | 10/16/2026 | ($8640.00) | $303960.27 |
| ######2757 | Checking | 10/16/2026 | ($331.50) | $312600.27 |
| ######2757 | Checking | 10/16/2026 | ($180.59) | $312931.77 |
| ######2757 | Checking | 10/16/2026 | ($75.98) | $313112.36 |
| ######2757 | Checking | 10/16/2026 | $239.64 | $313188.34 |
| ######2757 | Checking | 10/16/2026 | $540.00 | $312948.70 |
| ######2757 | Checking | 10/16/2026 | $1836.21 | $312408.70 |
| ######2757 | Checking | 10/15/2026 | ($11120.45) | $310572.49 |
| ######2757 | Checking | 10/15/2026 | ($4820.52) | $321692.94 |
| ######2757 | Checking | 10/15/2026 | ($173.23) | $326513.46 |
| ######2757 | Checking | 10/15/2026 | $109.72 | $326686.69 |
| ######2757 | Checking | 10/15/2026 | $150.15 | $326576.97 |
| ######2757 | Checking | 10/15/2026 | $493.47 | $326426.82 |
| ######2757 | Checking | 10/14/2026 | ($10073.17) | $325933.35 |
| ######2757 | Checking | 10/14/2026 | ($1474.01) | $336006.52 |
| ######2757 | Checking | 10/14/2026 | $9.26 | $337480.53 |
| ######2757 | Checking | 10/14/2026 | $9.41 | $337471.27 |
| ######2757 | Checking | 10/14/2026 | $43.78 | $337461.86 |
| ######2757 | Checking | 10/14/2026 | $1006.15 | $337418.08 |
| ######2757 | Checking | 10/14/2026 | $142500.00 | $336411.93 |
| ######2757 | Checking | 10/13/2026 | ($2592.00) | $193911.93 |
| ######2757 | Checking | 10/13/2026 | ($32.84) | $196503.93 |
| ######2757 | Checking | 10/13/2026 | ($325.00) | $196536.77 |
| ######2757 | Checking | 10/13/2026 | ($34.00) | $196861.77 |
| ######2757 | Checking | 10/13/2026 | ($14.68) | $196895.77 |
| ######2757 | Checking | 10/13/2026 | $11.46 | $196910.45 |
| ######2757 | Checking | 10/13/2026 | $19.52 | $196898.99 |
| ######2757 | Checking | 9/10/2026 | ($3026.36) | $196879.47 |

| | | | | |
|---|---|---|---|---|
| ######2757 | Checking | 9/10/2026 | ($2009.00) | $199905.83 |
| ######2757 | Checking | 9/10/2026 | ($19.00) | $201914.83 |
| ######2757 | Checking | 9/10/2026 | $90.05 | $201933.83 |
| ######2757 | Checking | 9/10/2026 | $219.92 | $201843.78 |
| ######2757 | Checking | 9/10/2026 | $9938.55 | $201623.86 |
| ######2757 | Checking | 9/10/2026 | $65434.87 | $191685.31 |
| ######2757 | Checking | 8/10/2026 | ($1.27) | $126250.44 |
| ######2757 | Checking | 8/10/2026 | ($10214.03) | $126251.71 |
| ######2757 | Checking | 8/10/2026 | ($7363.14) | $136465.74 |
| ######2757 | Checking | 8/10/2026 | ($325.00) | $143828.88 |
| ######2757 | Checking | 8/10/2026 | ($45000.00) | $144153.88 |
| ######2757 | Checking | 8/10/2026 | ($126.52) | $189153.88 |
| ######2757 | Checking | 8/10/2026 | $92.78 | $189280.40 |
| ######2757 | Checking | 8/10/2026 | $157.85 | $189187.62 |
| ######2757 | Checking | 8/10/2026 | $3214.73 | $189029.77 |
| ######2757 | Checking | 8/10/2026 | $4299.19 | $185815.04 |
| ######2757 | Checking | 7/10/2026 | ($95273.97) | $181515.85 |
| ######2757 | Checking | 7/10/2026 | ($4452.62) | $276789.82 |
| ######2757 | Checking | 7/10/2026 | ($3928.32) | $281242.44 |
| ######2757 | Checking | 7/10/2026 | ($45.00) | $285170.76 |
| ######2757 | Checking | 7/10/2026 | $8.52 | $285215.76 |
| ######2757 | Checking | 7/10/2026 | $4123.60 | $285207.24 |
| ######2757 | Checking | 7/10/2026 | $25754.46 | $281083.64 |
| ######2757 | Checking | 7/10/2026 | $108224.39 | $255329.18 |
| ######2757 | Checking | 6/10/2026 | ($50.00) | $147104.79 |
| ######2757 | Checking | 6/10/2026 | ($194.63) | $147154.79 |
| ######2757 | Checking | 6/10/2026 | ($5.77) | $147349.42 |
| ######2757 | Checking | 6/10/2026 | $33.77 | $147355.19 |
| ######2757 | Checking | 6/10/2026 | $11548.80 | $147321.42 |
| ######2757 | Checking | 5/10/2026 | ($298.00) | $135772.62 |
| ######2757 | Checking | 5/10/2026 | $18.24 | $136070.62 |
| ######2757 | Checking | 5/10/2026 | $158.71 | $136052.38 |
| ######2757 | Checking | 5/10/2026 | $997.55 | $135893.67 |
| ######2757 | Checking | 5/10/2026 | $113442.92 | $134896.12 |
| ######2757 | Checking | 2/10/2026 | $0.00 | $21453.20 |
| ######2757 | Checking | 2/10/2026 | ($10509.00) | $21453.20 |
| ######2757 | Checking | 2/10/2026 | ($35.01) | $31962.20 |
| ######2757 | Checking | 2/10/2026 | ($379.87) | $31997.21 |
| ######2757 | Checking | 2/10/2026 | ($129.00) | $32377.08 |

| | | | | |
|---|---|---|---|---|
| ######2757 | Checking | 2/10/2026 | ($150.00) | $32506.08 |
| ######2757 | Checking | 2/10/2026 | $4.48 | $32656.08 |
| ######2757 | Checking | 2/10/2026 | $56.02 | $32651.60 |
| ######2757 | Checking | 2/10/2026 | $61.18 | $32595.58 |
| ######2757 | Checking | 1/10/2026 | ($18313.91) | $32534.40 |
| ######2757 | Checking | 1/10/2026 | ($6.33) | $50848.31 |
| ######2757 | Checking | 1/10/2026 | ($1.36) | $50854.64 |
| ######2757 | Checking | 1/10/2026 | $11.14 | $50856.00 |
| ######2757 | Checking | 1/10/2026 | $13.41 | $50844.86 |
| ######2757 | Checking | 1/10/2026 | $22.65 | $50831.45 |