# Income Statement (Profit and Loss)

Storj Labs Inc

For the month ended October 31, 2026

| Account | Oct 2026 |
|---|---|
| **Income** | |
| Customer Referral Revenue | 9,561.60 |
| Object Mount Revenue | 6,918.61 |
| Storj Global Cloud Revenue | 266,154.20 |
| Storj Private Cloud Revenue | 10,041.16 |
| Storj Select Revenue | 156,332.55 |
| Valdi Reserved Revenue | 25,674.76 |
| **Total Income** | **474,682.88** |
| **Cost of Goods Sold** | |
| CGS - Storj Global SNO | 147,920.00 |
| CGS - Storj Select SNO | 40,548.19 |
| CGS - Valdi GPU Cost | 17,359.16 |
| **Total Cost of Goods Sold** | **205,827.35** |
| **Gross Profit** | **268,855.53** |
| **Operating Expenses** | |
| Bad Debt Expense | 8,479.89 |
| Commissions | 3,562.50 |
| Conferences / events | 2,083.33 |
| Contractors | 17,085.49 |
| Crypto Realized G/L - operati | 34.28 |
| Employee benefits | 3,048.87 |
| Infrastructure - Non Variable | 33,062.14 |
| Insurance | 1,506.85 |
| Office Expense | 129.00 |
| Other Expense | 3,295.23 |
| Partner Revenue Share | 15,764.89 |
| Payment Processor Fees | 7,162.01 |
| Payroll Taxes | 1,393.90 |
| Professional Fees - legal | 0.00 |
| Professional Fees - other | 0.00 |
| R&D expenses | 600.77 |
| Realized Currency Gains | (27.70) |
| Technology Subscriptions | 17,705.55 |
| Unrealized Currency Gains | (4.51) |
| Wages & Salaries | 126,954.26 |
| **Total Operating Expenses** | **241,836.75** |
| **Operating Income** | **27,018.78** |
| **Other Income / (Expense)** | |
| Depreciation & Amortization | (34,996.36) |
| Payroll Tax Contra Account | 476.27 |
| **Total Other Income / (Exper** | **(34,520.09)** |
| **Net Income** | **(7,501.31)** |